FORM B5(12/03)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**DISTRICT OF UTAH** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**EUROGAS, INC.** | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.)<br>**See attached list for additional addresses** |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>**UNKNOWN** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**942 E 7145 South, Suite A-101<br>Midvale, UT 84047** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**SEE THE ATTACHED LIST** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Salt Lake** | 04  28075 WTT |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**942 E. 7145 South, Suite A101, Midvale, UT 84047** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual        ☐ Stockbroker
☐ Partnership       ☐ Commodity Broker
■ Corporation       ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Investments**

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

COURT USE ONLY

**ALLEGATIONS**
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form spe. Reform Act of 1994, no fee is required.*


0428075D1

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Name of Debtor **EUROGAS, INC.**

FORM 5 Involuntary Petition
(8/92)

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _[signature]_ Trustee | X _[signature]_     May 17, 2004 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Estate of McKenzie Energy Corp., U.S**     May 17, 2004 | **W. Steve Smith, P. C.** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:   W. Steve Smith, Trustee / W. Steve Smith, P. C. / 2015 Crocker Street / Houston, TX 77006 | 2015 Crocker Street / Houston, TX 77006 |
| | Address |
| | Telephone No. _____ |
| X _[signature]_ Trustee | X _[signature]_     May 17, 2004 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Estate of LaPlata Pipeline Co.**     May 17, 2004 | **W. Steve Smith, P. C.** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:   W. Steve Smith, Trustee / W. Steve Smith, P.C. / 2015 Crocker Street / Houston, TX 77006 | 2015 Crocker Street / Houston, TX 77006 |
| | Address |
| | Telephone No.   **713-533-1833** |
| X _[signature]_ Trustee | X _[signature]_     May 17, 2004 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Estate of Harven Michael McKenzie**     May 17, 2004 | **W. Steve Smith, P. C.** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:   W. Steve Smith, Trustee / W. Steve Smith, P. C. / 2015 Crocker Street / Houston, TX 77006 | 2015 Crocker Street / Houston, TX 77006 |
| | Address |
| | Telephone No.   **713-533-1833** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Estate of McKenzie Energy Corp., U.S / W. Steve Smith, Trustee / 2015 Crocker Street / Houston, TX 77006 | Judgment dated 8/15/03 in Adversary No. 01-3064 in U.S. Bankruptcy Court -- Southern District of Texas -- Houston Division | 137,000.00 |
| Estate of LaPlata Pipeline Co. / W. Steve Smith, Trustee / 2015 Crocker Street / Houston, TX 77006 | Judgment dated 8/15/03 in Adversary No. 01-3064 in U. S. Bankrutpcy Court -- Southern District of Texas -- Houston Division | 137,000.00 |
| Estate of Harven Michael McKenzie / W. Steve Smith, Trustee / 2015 Crocker Street / Houston, TX 77006 | Judgment dated 8/15/03 in Adversary No. 01-3064 in U. S. Bankruptcy Court, Southern District of Texas -- Houston Division. | 137,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   **10,685,000.00** |

___1___ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Name of Debtor **EUROGAS, INC.**

FORM 5 Involuntary Petition (6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Estate of Harven Michael McKenzie**     **May 17, 2004**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
W. Steve Smith, Trustee
W. Steve Smith, P. C.
2015 Crocker Street
Houston, TX 77006

X _____     **May 17, 2004**
Signature of Attorney     Date

W. Steve Smith, P. C.
Name of Attorney Firm (If any)

2015 Crocker Street
Houston, TX 77006
Address
Telephone No. 713-533-1833

---

X _____
Signature of Petitioner or Representative (State title)

**Estate of Timothy Stewart McKenzie**     **May 17, 2004**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
W. Steve Smith, Trustee
W. Steve Smith, P. C.
2015 Crocker Street
Houston, TX 77006

X _____     **May 17, 2004**
Signature of Attorney     Date

W. Steve Smith, P. C.
Name of Attorney Firm (If any)

2015 Crocker Street
Houston, TX 77006
Address
Telephone No. 713-533-1833

---

X _____
Signature of Petitioner or Representative (State title)

**Estate of Steven Darryl McKenzie**     **May 17, 2004**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
W. Steve Smith, Trustee
W. Steve Smith, P. C.
2015 Crocker Street
Houston, TX 77006

X _____     **May 17, 2004**
Signature of Attorney     Date

W. Steve Smith, P. C.
Name of Attorney Firm (If any)

2015 Crocker Street
Houston, TX 77006
Address
Telephone No. 713-533-1833

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Estate of Harven Michael McKenzie<br>W. Steve Smith, Trustee<br>2015 Crocker Street<br>Houston, TX 77006 | Forthcoming Judgment in Adversary No. 97-4114 in U. S. Bankruptcy Court -- Southern District of Texas -- Houston Division | 10,000,000.00 |
| Estate of Timothy Stewart McKenzie<br>W. Steve Smith, Trustee<br>2015 Crocker Street<br>Houston, TX 77006 | Judgment dated 8/15/03 in Adversary No. 01-3064 in U. S. Banktruptcy Court -- Southern District of Texas -- Houston Division. | 137,000.00 |
| Estate of Steven Darryl McKenzie<br>W. Steve Smith, Trustee<br>2015 Crocker Street<br>Houston, TX 77006 | Judgment Dated 8/15/03 in Adversary No. 01-3064 in U. S. Bankruptcy Court -- Southern District of Texas -- Houston Division | 137,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**10,685,000.00**

___1___ of ___1___ continuation sheets attached

Secretary of State
Corporate Division
160 East 300 South
Salt Lake City, UT 84111

EUROGAS, Inc.
c/o Hank Blankenstein,
Vice-President/Driector/Treasurer
10906 Shilling Avenue, #2042
S. Jordan, UT 84095

EUROGAS, Inc.
c/o Hank Blankenstein,
Principal Accounting and Financial Officer
3477 Melody Creek Circle
Riverton, UT 84065

EUROGAS, Inc.
c/o Lynne Martin, Secretary
8892 Flat Iron Drive
Sandy, UT 84093

EUROGAS, INC.
1006 100 Park Royal South
West Vancouver, British Columbia
V7T1A2 Canada, FF

EUROGAS, Inc.
c/o Wolfgang Rauball, CEO/Director
Slovgold GMBH
Kartnerring 5-7
Top 3D
Vienna, Austria