Roger G. Segal (Bar No. 2906)
Julie A. Bryan (Bar No. 4805)
**COHNE, RAPPAPORT & SEGAL, P.C.**
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84111
Telephone: (801) 532-2666
**Attorneys for EuroGas, Inc.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re: | |
| EuroGas, INC., | Bankruptcy No. 04-28075 |
| | (Involuntary Chapter 7) |
| Debtor(s). | Hon. William T. Thurman |

## MOTION FOR WITHDRAWAL OF COUNSEL

Roger G. Segal and Julie A. Bryan and Cohne Rappaport & Segal, P.C. counsel for the Debtor EuroGas, Inc. ("EuroGas") move the Court for an Order Authorizing Withdrawal of Counsel pursuant to Rule 3002(c) of the Local Rules of Procedure in the United States Bankruptcy Court for the District of Utah.

The instant motion is based upon the fact that counsel has been unable to make contact with any representative of EuroGas. Cohne Rappaport & Segal has tried, on numerous occasion since entry of the Order for Relief to contact representatives of EuroGas in writing, by telephone and by e-mail. EuroGas has generally not returned calls or e-mails and has generally not responded to correspondence. Furthermore, the Representation Agreement entered into between EuroGas and Cohne, Rappaport & Segal, P.C. did not provide for continued representation of EuroGas should an Order for Relief

be entered against EuroGas in the case commenced by the Petition for Involuntary Bankruptcy.

Counsel is unable to continue to represent EuroGas without communication with and from EuroGas and without a new Representation Agreement.

The instant motion has been sent by e-mail to EuroGas and by regular mail to EuroGas, Inc. at #1006-100 Park Royal, Vancouver, BC V7T 1A2.

**WHEREFORE** Cohne, Rappaport & Segal, P.C. prays for entry of an order granting the motion and authorizing the withdrawal.

DATED this 4 day of February, 2005.

                **COHNE, RAPPAPORT & SEGAL, P.C.**

                Roger G. Segal
                Julie A. Bryan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February, 2005 a true and accurate copy of the foregoing was faxed and mailed, first class, postage fully prepaid, in the United States mail, to:

Joel T. Marker
McKay, Burton & Thurman, P.C.
170 South Main, #800
Salt Lake City, UT 84101

Annette W. Jarvis
Steven C. Strong
Ray Quinney & Nebeker, P.C.
Po Box 45385
Salt Lake City, Utah 84145-0385

W. Steve Smith
W. Steve Smith, P.C.
2015 Crocker Street
Houston, TX 77006

Office of the United States Trustee
Boston Building, Suite 100
#9 Exchange Place
Salt Lake City, UT 84111

Hank Blankenstein
EuroGas, Inc.
#1006-100 Park Royal
Vancouver BC V7T 1A2

F:\MARSHA\RGS\EuroGas\Motion for Withdrawal of Counsel.wpd