Joel T. Marker (4372)
Chapter 7 Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: joel@mbt-law.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 04-28075 WTT |
| | | Chapter 7 |
| EUROGAS, INC., | : | |
| Debtor. | : | |

## TRUSTEE'S MOTION TO APPROVE EMPLOYMENT
## OF McKAY, BURTON & THURMAN

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Eurogas, Inc., pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014, Fed. R. Bankr. P., hereby moves the Court for an order approving the employment of the law firm of McKay, Burton & Thurman as Trustee's counsel in this case. In support of this motion, the Trustee represents as follows:

1. Joel T. Marker is the duly appointed, qualified and acting trustee of the bankruptcy estate of Eurogas, Inc.

2. The Trustee has investigated the Debtor's financial affairs and the Trustee will require the assistance of counsel to administer the estate. Specifically, the Trustee will require counsel to prepare pleadings and documents relating to the sale of property of the estate.

3. By this motion the Trustee seeks to employ McKay, Burton & Thurman as his counsel in this case. McKay, Burton & Thurman is experienced in liquidation cases, and is well qualified to represent the Trustee. All of the attorneys comprising McKay, Burton & Thurman's bankruptcy

practice section are duly admitted to practice law in the courts of the State of Utah and the United States District Court for the District of Utah, where this case is pending.

4. The Trustee proposes to use McKay, Burton & Thurman for the purpose of performing professional services in this case and in all matters arising in, arising out of, or related to this case.

5. To the best of the Trustee's knowledge and based upon the Affidavit of Joel T. Marker, the firm of McKay, Burton & Thurman and its attorneys are disinterested persons within the meaning of Bankruptcy Code section 101(14) and they do not hold or represent any interest adverse to the estate with regard to the professional services to be rendered on behalf of the Trustee in carrying out his duties in this case.

Based upon the foregoing the Trustee requests that the Court approve the employment of McKay, Burton & Thurman as his attorneys in this case, and for such other and further relief as the Court deems appropriate.

DATED this 5th day of December, 2005.

/S/
JOEL T. MARKER, Trustee