Joel T. Marker (4372)
Chapter 7 Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 94101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: joel@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 04-28075 WTT<br>Chapter 7 |
| EUROGAS, INC., | : | |
| Debtor. | : | |

### AFFIDAVIT OF JOEL T. MARKER

STATE OF UTAH           )
                        )SS.
COUNTY OF SALT LAKE     )

Joel T. Marker, upon being duly sworn, deposes and states as follows:

1. I am an attorney with McKay, Thurman & Burton and maintain an office at 170 South Main Street, Suite 800, Salt Lake City, Utah 84101, telephone (801) 521-4135.

2. Neither I nor McKay, Thurman & Burton hold or represent any interest adverse to the Chapter 7 bankruptcy estate of Eurogas, Inc. Neither I nor McKay, Thurman & Burton have any connection with the Debtor, or any creditors of the Debtor in this case.

DATED this 5th day of December, 2005.

_____
JOEL T. MARKER

SUBSCRIBED AND SWORN TO before me this 5th day of December, 2005.

_____
NOTARY PUBLIC
Residing in: Salt Lake County

[Notary Seal: NOTARY PUBLIC MEKELLE ANDREZZI, 170 So. Main St., Ste. 800, Salt Lake City, Utah 84101, My Commission Expires June 7, 2008]