IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | First and Final Application for |
| | ) | Compensation for |
| | ) | Accountant to the Trustee |
| Eurogas, Inc. | ) | Bankruptcy No. 04T-28075 |
| | ) | |
| | ) | |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |

FIRST AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR ALLOWANCE OF COMPENSATION
AS AN ADMINISTRATIVE EXPENSE

TO: THE HONORABLE JUDGE WILLIAM T. THURMAN, UNITED STATES BANKRUPTCY JUDGE:

The application of PricewaterhouseCoopers L.L.P. ("Applicant"), Accountants for the Trustee of the above referenced estate, respectfully represents:

1. On the 18th day of May 2004, the above referenced debtors filed an involuntary Chapter 7 proceeding and Mr. Joel T. Marker was appointed as Trustee.

2. Pursuant to an Application with the Court dated April 28, 2006, your Applicant was employed as the Accountant for the Trustee of the estate of the above named debtor.

3. Pursuant to 11 U.S.C. § 328, Applicant makes this application for an allowance for reasonable compensation for services rendered by Applicant in this proceeding from April 28, 2006, through and including September 25, 2006.

4. All services for which Applicant seeks compensation were performed for and on behalf of said bankruptcy estate and not on behalf of any other estate or individual creditor or other person, and no agreement or understanding exists between Applicant and any other persons for division of compensation.



## SUMMARY OF SERVICES RENDERED

5.   Applicant has rendered professional services to the Trustee, including the following:

    a.   ASSET ANALYSIS - Business records of the prior accountants were reviewed in detail to identify possible assets of the company which were unknown to the Trustee.

    b.   ACCOUNTING - Applicant has accumulated accounting data for calendar year 2002, 2003, 2004, 2005 and 2006. This data was coded, compiled and summarized in order to produce the information necessary to prepare and file all obligatory tax filings for the estate to maintain compliance with applicable federal tax laws.

    c.   TAX ISSUES - Prepared and filed Federal Form 1120, "U.S. Corporation Income Tax Return", and State of Utah Form TC-20, "Utah Corporation Franchise or Income Tax Return", and Nine Forms 5471, "Information Return of U.S. Persons With Respect to Certain Foreign Corporations" along with all accompanying forms and schedules for the years 2002, 2003, 2004, 2005 and 2006 for Eurogas, Inc. Prepared and filed requests for a determination of tax pursuant to 11 U.S.C. §505(b) for 2002, 2003, 2004, 2005 and 2006 for the federal and state taxing authorities.

## FUTURE SERVICE

6.   PricewaterhouseCoopers continues to provide ongoing accounting services as directed by the trustee. Future services to be performed will consist of preparation of Forms 1099, dealing with tax questions, and answering questions of the debtor. An amount of $300.00 has been included in this first and final fee application to pre-pay for these services.

## COMPENSATION PAID AND/OR PROMISED AND ITS SOURCE

7.   Your Applicant has received no payment and no promise for payment from any other source for services rendered or to be rendered in any capacity in connection with this case.

8.   There is no agreement or understanding between your Applicant and any other person for the sharing of the compensation to be received for the services rendered in this case.

## PERSONNEL

9.   The following PricewaterhouseCoopers personnel billed time in this application. Total time billed by each person by project is included in Exhibit A.

| Personnel | Hourly Rate |
|---|---|
| Scott Pickett | $270 |
| Gil Miller | 225 |
| Stanley Vandertoolen | 225 |
| Darin Dallimore | 180 |
| Kesli Jensen | 160 |
| Jacqulyn Henroid | 115 |

## DISBURSEMENTS

10.   Your Applicant has been required to spend $633.47 as Accountant for the Trustee for the period April 28, 2006, through September 25, 2006, for copying documents, travel expenses, and for other actual and necessary expenses as outlined in detail on the itemizations of actual expenses attached hereto (Exhibit A). Accordingly, the disbursements as Accountant for the Trustee for the period April 28, 2006, through September 25, 2006 are $633.47.

## EVALUATION OF SERVICES

11. For the period April 28, 2006, through September 25, 2006, your Applicant has rendered services valued at $12,292.00 as Accountant for the Trustee in connection with the above matters. This amount is based on services having been performed by various members of your Applicant's accounting firm and are itemized in detail on the attached time summary (Exhibit A). Services have been rendered at the reasonable rates identified in the attached time summary. Such rates are comparable to those charged by other accounting firms for comparable accounting services in the Salt Lake City, Utah accounting community for the time period indicated herein.

12. In addition, the trustee has asked your Applicant to prepare Forms 1099, respond to notices from the taxing authorities, and resolve issues with the same. Based on previous experience, your Applicant will render services valued at $300.00 to respond to notices from the taxing authorities and resolve issues with the same.

WHEREFORE, your Applicant prays that it be awarded and paid the sum of $12,592.00 for compensation for professional accounting services and $633.47 reimbursement of expenses incurred by your Applicant as accountant in this case for a total amount of $13,225.47 for the period April 28, 2006, through September 25, 2006. Your Applicant also requests payment of said approved fees and expenses.

DATED this 28th day of September, 2006.

_____
Gil A. Miller
PricewaterhouseCoopers L.L.P.
Accountants for the Trustee

## **VERIFICATION**

STATE OF UTAH          )
                                      : ss.
County of Salt Lake   )

      Gil A. Miller, being first duly sworn, says that he is a member of the accounting firm of PricewaterhouseCoopers L.L.P. The Applicant named in the foregoing First and Final Fee Application for Compensation for Accountant to the Trustee, that he has read the foregoing Application and knows the contents thereof, and that the same is true to his own knowledge.

_____
Gil A. Miller

SUBSCRIBED AND SWORN to before me this 28th day of September, 2006.

_____
Notary Public

```
Notary Public
JACQULYN J. HENROID
201 South Main Street, Suite 900
Salt Lake City, Utah 84111
My Commission Expires
August 23, 2010
State of Utah
```

## EXHIBIT A

### Eurogas, Inc.

Summary of Professional Services Rendered by PricewaterhouseCoopers
For the Period April 28, 2006 - September 25, 2006

| Project | Hours | Amount | Expenses | Future Fees | Total |
|---|---|---|---|---|---|
| Asset Analysis | 9.60 | $1,137.00 | $0.00 | $0.00 | $1,137.00 |
| Case Administration | 6.30 | 823.50 | 0.00 | 0.00 | 823.50 |
| Fee / Employment | 7.90 | 1,062.50 | 0.00 | 0.00 | 1,062.50 |
| Tax Issues | 65.8 | 9,269.00 | 633.47 | 300.00 | 10,202.47 |
| TOTAL | 89.6 | $12,292.00 | $633.47 | $300.00 | $13,225.47 |

Billing Per Person:

| | Hours | Amount |
|---|---|---|
| Scott Pickett | 3.9 | $1,053.00 |
| Gil Miller | 2.2 | 495.00 |
| Stan VanderToolen | 9.4 | 2,115.00 |
| Darin Dallimore | 0.2 | 36.00 |
| Kesli Jensen | 2.1 | 336.00 |
| Jacqulyn Henroid | 71.8 | 8,257.00 |
| Total | 89.6 | $12,292.00 |

Blended rate per hour: $137.19

**Eurogas, Inc.**

**Billing Recap**
**April 28, 2006 - September 25, 2006**

**Project: Asset Analysis and Recovery**

Review case documents for potential additional assets.

| Name | Classification | Rate | Hours | Amount |
|---|---|---|---|---|
| Gil Miller | Director | $225 | 0.30 | 67.50 |
| Jackie Henroid | Paraprofessional | 115 | 9.30 | 1,069.50 |
| | Total Professional Fees | | 9.60 | 1,137.00 |

Expenses:
Photocopies (0 @ .15)    0.00
Pacer charges            0.00
Total Expenses                                    0.00

Total Fees & Expenses                        $1,137.00

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Asset Analysis

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 05/17/06 | Jackie | Henroid | Paraprofessional | 0.2 | Forward document request to S. Avis of Hansen, Barnett & Maxwell. |
| 06/01/06 | Gil | Miller | Managing Director | 0.3 | Various attempts at contacting former accountants by phone and email (.2). Discuss same with J. Henroid (.1). |
| 06/01/06 | Jackie | Henroid | Paraprofessional | 0.2 | Review email to prior accountants (.1). Discuss status of records request with G. Miller (.1). |
| 06/06/06 | Jackie | Henroid | Paraprofessional | 0.3 | Review voice mail from J. Sink (.1). Telephone call with J. Sink regarding case matters related to document request (.2). |
| 06/15/06 | Jackie | Henroid | Paraprofessional | 0.2 | Review status regarding requests for examination of case documents. |
| 06/27/06 | Jackie | Henroid | Paraprofessional | 0.2 | Telephone call with J. Sink regarding meeting to review case documents (.1). Memo to file regarding same (.1). |
| 07/05/06 | Jackie | Henroid | Paraprofessional | 1.6 | Prepare for and meet with J. Sink and J. Marker to review case documents of debtor at storage facility. |
| 07/12/06 | Jackie | Henroid | Paraprofessional | 1.1 | Initial review of company assets and other investments on the books of company. |
| 08/01/06 | Jackie | Henroid | Paraprofessional | 3.2 | Review case documents received from prior accountant for possible assets unknown to the Trustee. |
| 08/02/06 | Jackie | Henroid | Paraprofessional | 2.3 | Review additional case documents for additional assets. |
| Total | | | | 9.6 | |

**Eurogas, Inc.**

**Billing Recap
April 28, 2006 - September 25, 2006**

**Project: Case Administration**

Coordination and compliance activities.

| Name | Classification | Rate | Hours | Amount |
|---|---|---|---|---|
| Gil Miller | Director | $225 | 0.90 | 202.50 |
| Jackie Henroid | Paraprofessional | 115 | 5.40 | 621.00 |
| | Total Professional Fees | | 6.30 | 823.50 |

| | | | |
|---|---|---|---|
| | Expenses: | | |
| | Photocopies (0 @ .15) | 0.00 | |
| | Pacer charges | 0.00 | |
| | Total Expenses | | 0.00 |
| | Total Fees & Expenses | | $823.50 |

Case 04-28075    Doc 138    Filed 09/28/06    Entered 09/29/06 07:35:17    Desc Main
               Document      Page 10 of 17

## Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Case Administration

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 04/28/06 | Gil | Miller | Managing Director | 0.2 | Discussion with J. Henroid regarding new case. |
| 04/28/06 | Jackie | Henroid | Paraprofessional | 0.3 | Meeting with G. Miller regarding new case issues (.2). Memo to file regarding same (.1). |
| 05/10/06 | Jackie | Henroid | Paraprofessional | 1.1 | Telephone calls to clear relationship check (.3). Email and additional phone calls to clear conflicts (.8). |
| 05/11/06 | Jackie | Henroid | Paraprofessional | 1.2 | Additional research to clear relationship check (.8). Review correspondence related to relationship check (.4). |
| 05/12/06 | Gil | Miller | Managing Director | 0.6 | Various discussions with J. Henroid to clear relationship checks. |
| 05/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Search SEC filings for additional information (.7). Memo to file regarding same (.2). Discussion G. Miller regarding relationship check (.4). Final discussion with G. Miller to clear check (.2). |
| 05/17/06 | Gil | Miller | Managing Director | 0.1 | Discuss status of case and documents request with J. Henroid. |
| 05/17/06 | Jackie | Henroid | Paraprofessional | 0.5 | Telephone call to obtain case information (.2). Review case documents on Pacer related to employment (.2). Discuss case status with G. Miller (.1). |
| 05/24/06 | Jackie | Henroid | Paraprofessional | 0.2 | Update case files. |
| 05/25/06 | Jackie | Henroid | Paraprofessional | 0.3 | Update case status. |
| 06/28/06 | Jackie | Henroid | Paraprofessional | 0.1 | Update case files. |
| 08/16/06 | Jackie | Henroid | Paraprofessional | 0.1 | Telephone call to J. Marker to provide case update. |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 0.1 | Telephone call to J. Marker to update case status. |
| **Total** | | | | **6.3** | |

## Eurogas, Inc.

### Billing Recap
### April 28, 2006 - September 25, 2006

### Project: Fee / Employment Applications

Preparation of employment and fee applications.

| Name | Classification | Rate | Hours | Amount |
|---|---|---|---|---|
| Gil Miller | Director | $225 | 1.00 | 225.00 |
| Stan VanderToolen | Director | 225 | 0.40 | 90.00 |
| Jackie Henroid | Paraprofessional | 115 | 6.50 | 747.50 |
| | Total Professional Fees | | 7.90 | 1,062.50 |

| | | | |
|---|---|---|---|
| | Expenses: | | |
| | Photocopies (0 @ .15) | 0.00 | |
| | Pacer charges | 0.00 | |
| | Total Expenses | | 0.00 |
| | Total Fees & Expenses | | $1,062.50 |

## Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Fee / Employment Applications

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 04/28/06 | Gil | Miller | Managing Director | 0.2 | Review and sign affidavit for employment. |
| 04/28/06 | Jackie | Henroid | Paraprofessional | 0.7 | Preparation of affidavit for employment (.3). Present affidavit for director's signature (.2). Sign and notarize same (.1). Update case files (.1). |
| 08/04/06 | Gil | Miller | Managing Director | 0.3 | Discussions with J. Henroid regarding estimated billing and time requirements for tax preparation. |
| 08/04/06 | Stan | Vandertoolen | Managing Director | 0.4 | Meeting with J. Henroid to review estimated billing and time frame to complete project. |
| 08/04/06 | Jackie | Henroid | Paraprofessional | 2.9 | Preparation of estimated billing and memo to J. Marker including meetings with G. Miller and S. Vandertoolen (2.7). Discuss final draft with S. Vandertoolen (.2). |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 1.4 | Review time charges and descriptions for fee application preparation. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.9 | Preparation of first and final fee application. |
| 09/25/06 | Gil | Miller | Managing Director | 0.3 | Review fee applications and indicate changes to be made. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.2 | Changes to fee application per review notes. |
| 09/25/06 | Gil | Miller | Managing Director | 0.2 | Final review and sign first and final fee application. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.4 | Sign and notarize fee application (.1). Prepare same to forward to Trustee for filing (.2). Update case status (.1). |
| Total | | | | 7.9 | |

### Eurogas, Inc.

### Billing Recap
### April 28, 2006 - September 25, 2006

### Project: Tax issues

Analysis of tax issues and preparation of Federal and State of Utah tax returns.

| Name | Classification | Rate | Hours | Amount |
|---|---|---|---|---|
| Scott Pickett | Partner | $270 | 3.90 | $1,053.00 |
| Stan VanderToolen | Director | 225 | 9.00 | 2,025.00 |
| Darin Dallimore | Sr. Associate | 180 | 0.20 | 36.00 |
| Kesli Jensen | Associate | 160 | 2.10 | 336.00 |
| Jackie Henroid | Paraprofessional | 115 | 50.60 | 5,819.00 |
| | Total Professional Fees | | 65.80 | 9,269.00 |

Expenses:
Photocopies (4,141 @ .15)    621.15
Pacer charges    12.32
Total Expenses    633.47

Total Fees & Expenses    $9,902.47

Future Fees    $300.00

Final Total    $10,202.47

## Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 05/23/06 | Jackie | Henroid | Paraprofessional | 0.2 | Voice mail message to prior accountant to obtain records. |
| 06/16/06 | Jackie | Henroid | Paraprofessional | 0.2 | Telephone conference with Trustee related to request for tax returns (.1). Voice mail message to IRS to request information of filed returns (.1). |
| 06/19/06 | Jackie | Henroid | Paraprofessional | 0.4 | Telephone call with IRS agent regarding request for tax information (.1). Memo to file regarding same (.1). Voice mail message to Trustee for case update (.1). Update case files (.1). |
| 07/12/06 | Jackie | Henroid | Paraprofessional | 0.6 | Retrieve tax documents from diskette provided by prior accountants (.3). Telephone conference with J. Marker regarding same (.2). Memo to file (.1). |
| 08/02/06 | Jackie | Henroid | Paraprofessional | 0.5 | Prepare for and meet with S. Vandertoolen regarding tax preparation. |
| 08/02/06 | Stan | Vandertoolen | Managing Director | 0.5 | Discussion with J. Henroid regarding corporation tax and Forms 5471 preparation. |
| 08/03/06 | Stan | Vandertoolen | Managing Director | 0.2 | Additional discussion with J. Henroid regarding required documentation for tax preparation. |
| 08/03/06 | Jackie | Henroid | Paraprofessional | 2.7 | Additional review of prior year tax returns and work papers (1.4). Preparation of tax return binders (1.1). Additional meeting regarding tax preparation with S. Vandertoolen (.2). |
| 08/04/06 | Jackie | Henroid | Paraprofessional | 0.4 | Telephone calls to counsel of prior accountant to request additional tax information. |
| 08/16/06 | Jackie | Henroid | Paraprofessional | 0.3 | Telephone conferences with prior accountants office regarding request for additional information. |
| 08/17/06 | Jackie | Henroid | Paraprofessional | 3.8 | Initial preparation of 2002 Federal returns including nine Forms 5471. |
| 08/18/06 | Jackie | Henroid | Paraprofessional | 2.2 | Finalize preparation of 2002 Federal and State returns and forward for initial review. |
| 08/22/06 | Kesli | Jensen | Associate | 0.3 | Meeting with J. Henroid to discuss review of initial returns. |
| 08/22/06 | Jackie | Henroid | Paraprofessional | 0.9 | Update and index case binders (.6). Discuss review of 2002 returns with K. Jensen (.3). |
| 08/23/06 | Kesli | Jensen | Associate | 1.8 | Review Federal and State of Utah returns for 2002 for accuracy and consistency with prior year returns filed with the Internal Revenue Service (1.6). Discuss changes and issues with J. Henroid (.2). |

Page 1 of 4

## Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 08/23/06 | Jackie | Henroid | Paraprofessional | 2.1 | Discuss review notes with K. Jensen (.2). Preparation of disclosure statements to accompany the Form 5471 filings (.4). Initial preparation of disclosure statements to accompany the 2002 and 2003 no activity returns (.7). Preparation of supplemental schedules to include with 5471 (.8). |
| 08/23/06 | Jackie | Henroid | Paraprofessional | 4.3 | Preparation of working trial balance for 2002 (.5). Preparation of working trial balance for 2003 (.2). Finalize changes to 2002 Federal and State of Utah returns (2.4). Preparation of 2003 Federal and State of Utah returns for review (1.2). |
| 08/24/06 | Jackie | Henroid | Paraprofessional | 0.8 | Initial preparation of additional work papers for tax return preparation (.7). Telephone call to J. Marker to update status of 2002 and 2003 returns (.1). |
| 08/30/06 | Jackie | Henroid | Paraprofessional | 1.4 | Preparation of working trial balance for 2004 and 2005 tax returns (.6). Initial preparation of journal entries for 2006 (.4). Update trial balances regarding same (.3). Update case files (.1). |
| 09/05/06 | Jackie | Henroid | Paraprofessional | 1.3 | Changes to 2002 returns per review notes (.7). Changes to disclosure statements for 2002 and 2003 (.6). |
| 09/05/06 | Stan | Vandertoolen | Managing Director | 0.5 | Meeting with J. Marker to discuss tax issues. |
| 09/05/06 | Stan | Vandertoolen | Managing Director | 1.5 | Initial review of 2002 & 2003 corporate tax returns including Forms 5471. |
| 09/06/06 | Stan | Vandertoolen | Managing Director | 0.5 | Discuss review notes and 5471 issues with J. Henroid. |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 3.7 | Meeting with S. Vandertoolen to discuss review notes and future year tax returns (.5). Additional changes to 2002 returns per discussion (1.3). Additional changes to 2003 returns per discussion (1.1). Changes to 2002 and 2003 disclosure statements (.8) |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 3.4 | Prepare changes to working trial balance for 2004 (.9). Preparation of 2004 Federal and State of Utah returns (1.8). Prepare 2004 disclosures and related schedules (.7). |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 2.9 | Prepare changes to working trial balance for 2005 (.2). Preparation of 2005 Federal and State of Utah returns (1.8). Prepare 2004 disclosures and related schedules (.6). Preparation of schedules to accompany State of Utah returns (.3). |

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 09/07/06 | Stan | Vandertoolen | Managing Director | 3.2 | Review Federal and state returns including Forms 5471 (9) for tax years 2002-2005. |
| 09/07/06 | Darin | Dallimore | Sr. Associate | 0.2 | Discuss State of Utah tax requirements with J. Henroid. |
| 09/07/06 | Jackie | Henroid | Paraprofessional | 0.9 | Review State of Utah tax requirements (.5). Discuss same with D. Dallimore (.2). Change to 2002 and 2003 Federal returns (.2). |
| 09/11/06 | Scott | Pickett | Partner | 2.1 | Partner review and sign 2001, 2002, 2003 and 2004 returns (1.9). Discuss review notes with J. Henroid (.2). |
| 09/11/06 | Jackie | Henroid | Paraprofessional | 1.5 | Discussion regarding review notes with S. Pickett (.2). Changes to 2004 returns per review notes (.7). Changes to 2005 returns per review notes (.6). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.7 | Preparation of 505(b) letters for 2002 (.3). Final preparation of 2002 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.4). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Preparation of 505(b) letters for 2003 (.2). Final preparation of 2003 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.6 | Preparation of 505(b) letters for 2004 (.2). Final preparation of 2002 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). Update case files (.1). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Preparation of 505(b) letters for 2005 (.2). Final preparation of 2005 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). |
| 09/13/06 | Jackie | Henroid | Paraprofessional | 5.9 | Update case status (.1). Preparation of work papers for 2006 Final returns (1.4). Preparation of 2006 Federal and State of Utah returns including Forms 5471 (3.6). Changes to 2006 disclosures (.8). |
| 09/14/06 | Stan | Vandertoolen | Managing Director | 2.6 | Review 2006 Federal and State of Utah returns including 5471's. |
| 09/14/06 | Jackie | Henroid | Paraprofessional | 1.2 | Changes to 2006 returns per initial review. |
| 09/15/06 | Jackie | Henroid | Paraprofessional | 0.2 | Update case files. |
| 09/20/06 | Scott | Pickett | Partner | 1.8 | Partner review and sign 2006 returns. |
| 09/20/06 | Jackie | Henroid | Paraprofessional | 1.2 | Final preparation of 2006 Federal and State of Utah returns for filing with taxing authorities. |

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 09/21/06 | Jackie | Henroid | Paraprofessional | 1.3 | Finalize preparation of 2006 returns for filing (.7). Present and discuss tax returns with Trustee (.6). |
| Total | | | | 65.8 | |