Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: joel@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 04-28075 WTT |
| EUROGAS, INC., | Chapter 7 |
| Debtor. | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION BY McKAY, BURTON & THURMAN, COUNSEL FOR THE TRUSTEE

TO THE HONORABLE WILLIAM T. THURMAN, UNITED STATES BANKRUPTCY JUDGE:

The application of McKay, Burton & Thurman respectfully represents as follows:

A.   <u>Background</u>.

1.   This case was commenced by an involuntary petition for relief under Chapter 7 of the Bankruptcy Code on May 20, 2004 filed by the Estate of McKenzie Energy Corp., U.S. ,Estate of LaPlata Pipeline Co., Estate of Harven Michael McKenzie, Estate of Timothy Stewart McKenzie, and Estate of Steven Darryl McKenzie. Joel T. Marker has been appointed and is serving as the permanent Chapter 7 Trustee.

2.   McKay, Burton & Thurman has represented the Trustee since December 5, 2005 pursuant to an order entered December 16, 2005. McKay, Burton & Thurman received no retainer at the time of its entry of appearance in this case on behalf of the Trustee.

**Filed: 10/02/06**

3.  In this application McKay, Burton & Thurman seeks compensation for services rendered as attorneys for the Trustee during the period December 5, 2005 through September 29, 2006. The firm has not filed any previous fee applications in this case.

4.  The following attorneys employed by McKay, Burton & Thurman have rendered services in this case:

   a.  Joel T. Marker is a 1984 graduate of the University of Utah College of Law and a member of the Utah State Bar. Mr. Marker has specialized in bankruptcy law for 22 years. Mr. Marker's billing rate for the period covered by this application is $250.00 per hour.

   b.  Stephen W. Rupp is a 1981 graduate of the University of Utah College of Law and a member of the Utah State Bar. Mr. Rupp has specialized in bankruptcy law for 25 years. Mr. Rupp's billing rate for the period covered by this application is $235.00 per hour.

   c.  Jeremy C. Sink is a 2002 graduate of Creighton University College of Law in Omaha, Nebraska and a member of the Utah State Bar. Mr. Sink has specialized in bankruptcy law for over four years. Mr. Sink's billing rate for the period covered by this application is $135.00 per hour.

B.  Case Status.

5.  The estate's current cash balance is $717,044.23, all of which is unencumbered and available to pay administrative expenses.

6.  Other than contemporaneous fee applications filed by the Trustee's professionals, the applicant is unaware of any substantial accrued but unpaid Chapter 7 administrative expenses in addition to those described in this application.

7.  The Trustee will file a final report within 30 days.

C.  Project Summary.

8.  During the period for which this application is made McKay, Burton & Thurman has consulted with and advised the Trustee concerning the rights, powers and duties of a

trustee under Chapter 7; has represented the Trustee in all proceedings before this Court; has prepared pleadings, notices and other documents for the Trustee as required by the Court or the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this district. In all respects McKay, Burton & Thurman has acted as the Trustee's attorney in this case.

    9.  During the period for which this application is made McKay, Burton & Thurman has also performed the following services:

    a.  The firm advised the Trustee and drafted pleadings to authorize the sale of previously undisclosed subsidiaries holding speculative interests in oil and gas fields in Poland.

    b.  The firm investigated the property rights of foreign subsidiaries and provided due diligence packages to parties interested in bidding on the estate's interest in such subsidiaries.

    c.  The firm represented the Trustee at hearings on sale related matters (including an attempt by a disgruntled bidder to upset the confirmed sale) and at the auction for the estate's interest in certain undisclosed subsidiaries, which resulted in sale proceeds of $715,000 to the estate.

    d.  The firm drafted assignments, releases and other documents necessary to close the sales authorized by the Court.

Attached hereto as Appendix 1 and incorporated by this referenced is a detailed itemization of the services performed by McKay, Burton & Thurman as attorneys for the Trustee during the period December 5, 2005 through September 29, 2006, showing the services rendered, the attorney who performed the service, and the amount of time expended, all in accordance Bankruptcy Code section 330.

3

D. <u>Summary of Services</u>.

10. The cost of services rendered by the attorneys and staff of McKay, Burton & Thurman is comparable to the cost of like services customarily rendered by attorneys in Salt Lake City, Utah, for similar work performed on behalf of private clients in cases other than cases under the Bankruptcy Code.

11. The following is a summary of the time expended by each employee of McKay, Burton & Thurman, the hourly rate for each individual and the total compensation amount requested for each individual by this application:

| Professional | Hours | Hourly Rate | Extended Amount |
|---|---|---|---|
| Joel T. Marker | 102.40 | 250.00 | 25,600.00 |
| Stephen W. Rupp | 14.50 | 235.00 | 3,407.50 |
| Jeremy C. Sink | 6.00 | 135.00 | 810.00 |
| **TOTAL:** | **122.90** | | **$29,817.50** |

12. The undersigned shareholder of McKay, Burton & Thurman hereby certifies that the Trustee has received, reviewed and approved this application.

WHEREFORE, McKay, Burton & Thurman respectfully requests:

1. An order allowing payment of compensation to McKay, Burton & Thurman for actual and necessary services rendered in the amount of $29,817.50 for the period

4

December 5, 2005 through September 29, 2006, in accordance with Bankruptcy Code sections 330 and 331; and

    2.    For such other and further relief as the Court deems appropriate.

DATED this 2nd day of October, 2006.

                                              McKAY, BURTON & THURMAN

                                              By:_____/S/_____
                                                    Joel T. Marker
                                                    Attorneys for Joel T. Marker, Trustee

Summary of Time and Expenses of the Law Firm of McKay, Burton & Thurman
December 5, 2005 through September 29, 2006

In re:

Eurogas, Inc.,

Debtor.

Chapter 7

Case No. 04-28075

| | | |
|---|---|---|
| Fees Previously Requested | $0.00 | NAME OF APPLICANT: McKay, Burton & Thurman |
| Fees Previously Awarded | $0.00 | |
| Expenses Previously Requested | $0.00 | ROLE IN THE CASE: Attorneys for Trustee |
| Expenses Previously Awarded | $0.00 | |
| Retainer Paid | $0.00 | CURRENT APPLICATION |
| | | Fees Requested $29,817.50 |
| | | Expenses Requested $0.00 |

## FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **SHAREHOLDERS** | | | | |
| Joel T. Marker | 1984 | 102.40 | $250.00 | $ 25,600.00 |
| Stephen W. Rupp | 1981 | 14.50 | $235.00 | 3,407.50 |
| Jeremy C. Sink | 2002 | 6.00 | $135.00 | 810.00 |
| **TOTAL** | | 122.90 | | $29,817.50 |

6

# Time Sheet Report

**McKAY, BURTON & THURMAN**
**Period: 01/01/00 - 02/24/07**

| Case No: | 04T-28075 | Case Name: | Eurogas | | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: | 11/23/04 |

Printed: 09/29/06 02:30PM

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | 12/05/05 | Review and respond to sale proposal and specific terms. | 0.80 | 250.000 | 200.00 |
| | | 12/07/05 | Review Smith 2004 pleadings and calendar dates. | 0.20 | 250.000 | 50.00 |
| | | 12/07/05 | Telephone conference Storm regarding sale process. | 0.20 | 250.000 | 50.00 |
| | | 12/15/05 | Review revised agreement to sell interest in subsidiaries and outline sale pleading issues. | 0.70 | 250.000 | 175.00 |
| | | 12/23/05 | Telephone conference Weisbart regarding sale procedure. | 0.20 | 250.000 | 50.00 |
| | | 12/27/05 | Review docket and files and outline and draft motion to sell assets to Consolidated, subject to higher bids. | 5.20 | 250.000 | 1,300.00 |
| | | 12/28/05 | Second draft of sale motion. | 2.10 | 250.000 | 525.00 |
| | | 12/28/05 | Revise sale motion and forward to Weisbart for comment. | 0.80 | 250.000 | 200.00 |
| | | 12/29/05 | Review files and fax to Weisbart and assemble notice list. | 0.70 | 250.000 | 175.00 |
| | | 12/29/05 | Telephone conference Freeman regarding bid process. | 0.20 | 250.000 | 50.00 |
| | | 12/31/05 | Review Consolidated 60(b) motion and exhibits. | 0.60 | 250.000 | 150.00 |
| | | 12/31/05 | Revise sale motion and form of notice. | 1.30 | 250.000 | 325.00 |
| | | 01/03/06 | Revise all pleadings and notices, set hearing and coordinate service on parties in interest, including email service of pdfs. | 2.60 | 250.000 | 650.00 |
| | | 01/04/06 | Review Smith/Consolidated stipulation and notes to file. | 0.20 | 250.000 | 50.00 |
| | | 01/04/06 | Respond to initial inquires on sale motion and serve Exhibit 1 by email. | 0.70 | 250.000 | 175.00 |
| | | 01/17/06 | Return calls and emails to Storm regarding auction. | 0.60 | 250.000 | 150.00 |
| | | 01/17/06 | Confirm receipt of Robertz deposit and followup with his counsel on further assurances. | 0.40 | 250.000 | 100.00 |
| | | 01/18/06 | Coordinate auction details and calls to Storm and Weisbart, email to Freeman. | 0.80 | 250.000 | 200.00 |
| | | 01/20/06 | Review Zimmer letter, attempt to reply and calls to Smith and Weisbart. | 0.60 | 250.000 | 150.00 |
| | | 01/20/06 | Telephone conferences Finlay and forward sale pleadings and notice. | 0.70 | 250.000 | 175.00 |
| | | 01/23/06 | Review Smith email and objection and telephone conferences Mabey and Freeman regarding sale procedures (1.2); docket receipt of Finlay deposit and verification of financial ability (.4). | 1.60 | 250.000 | 400.00 |
| | | 01/24/06 | Conference call Smith, Tate & Strong regarding sale objection. | 0.70 | 250.000 | 175.00 |
| | | 01/30/06 | Review Andraczke letter and followup call to Poland to interview president of subsidiaries. | 1.20 | 250.000 | 300.00 |
| | | 02/02/06 | Calendar all sale related dates and draft, revise and serve notice of sale hearing, auction and confirmation hearing. | 1.50 | 250.000 | 375.00 |
| | | 02/03/06 | Review and respond to Smith concerns (.2); telephone conference Robertz | 0.40 | 250.000 | 100.00 |

# Time Sheet Report
## McKAY, BURTON & THURMAN
### Period: 01/01/00 - 02/24/07

| Case No: | 04T-28075 | Case Name: | Eurogas | | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: | 11/23/04 |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | | counsel (.1) and call to Jarvis (.1). | | | |
| | | 02/07/06 | Telephone conferences Finaly (.2) Weisbart (.1) and Inouye (.1) regarding sale hearing; begin trial preparation (3.2) | 3.60 | 250.000 | 900.00 |
| | | 02/08/06 | Review objections and docket and prepare reply in support of sale motion. | 3.20 | 250.000 | 800.00 |
| | | 02/09/06 | Prepare for sale hearing and forward necessary information to all parties. | 3.70 | 250.000 | 925.00 |
| | | 02/23/06 | Telephone conference White and Case attorneys regarding interest in Polska asset. | 0.40 | 250.000 | 100.00 |
| | | 03/01/06 | Revise proposed advertisment copy and draft and revise notice of auction and sale confirmation hearing. | 1.60 | 250.000 | 400.00 |
| | | 03/02/06 | Telephone conference Hunt (.1) regarding sale hearing and revise, file and serve auction notice and sale hearing (.6). | 0.70 | 250.000 | 175.00 |
| | | 03/03/06 | Telephone conference Finlay regarding sale process. | 0.30 | 250.000 | 75.00 |
| | | 03/07/06 | Telephone conference McCulliss regarding sale process. | 0.50 | 250.000 | 125.00 |
| | | 03/07/06 | Review all files and assemble due diligence/bid package. | 3.40 | 250.000 | 850.00 |
| | | 03/08/06 | Draft auction disclosures and procedures and forward to all bidders and interested parties. | 5.80 | 250.000 | 1,450.00 |
| | | 03/08/06 | Telephone conferences White and Case attorneys and revise bid package. | 0.60 | 250.000 | 150.00 |
| | | 03/09/06 | Review Tietze letter and affidavit and forward disclosures and procedures for auction. | 0.80 | 250.000 | 200.00 |
| | | 03/09/06 | Telephone conference Ginsburg and review and respons to document response. | 0.40 | 250.000 | 100.00 |
| | | 03/10/06 | Telephone conference Andraczke (.2) and review and respond to Storm inquiry (.7). | 0.90 | 250.000 | 225.00 |
| | | 03/11/06 | Review Benchmark inquiry and forward bid disclosure package. | 0.60 | 250.000 | 150.00 |
| | | 03/20/06 | Review and respond to Bach inquiry on auction and followup with Bach and Andraczke. | 0.70 | 250.000 | 175.00 |
| | | 03/20/06 | Provide support to interested parties and prepare auction materials. | 0.80 | 250.000 | 200.00 |
| | | 03/20/06 | Calls to Weisbart and Ginsberg regarding release issue. | 0.40 | 250.000 | 100.00 |
| | | 03/21/06 | Telephone conference RWE general manager, research company background and forward due diligence materials. | 1.20 | 250.000 | 300.00 |
| | | 03/22/06 | Telephone conferences Weisbart and Boley regarding release issue. | 0.50 | 250.000 | 125.00 |
| | | 03/22/06 | Draft, revise and file response to motion to reconsider. | 0.80 | 250.000 | 200.00 |
| | | 03/23/06 | Review proposed form of release and conference call Smith and Consolidated | 0.60 | 250.000 | 150.00 |

Printed: 09/29/06 02:30 PM | Page: 3

# Time Sheet Report

**McKAY, BURTON & THURMAN**
**Period: 01/01/00 - 02/24/07**

| Case No: | 04T-28075 | Case Name: | Eurogas | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | 341a Meeting: | 11/23/04 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | | | | | |
| | | | to settle Rule 59 motion (.5); advise chambers of resolution of contested matter (.1). | | | |
| | | 03/24/06 | Telephone conference Finlay regarding release. | 0.10 | 250.000 | 25.00 |
| | | 03/29/06 | Review auction notes and draft order confirming sales. | 1.40 | 250.000 | 350.00 |
| | | 03/29/06 | Revise draft of order confirming sales (.8) and meeting with Finlay on confirmation hearing (.7). | 1.50 | 250.000 | 375.00 |
| | | 03/30/06 | Prepare for (4.7) and present sale confirmation evidence and order (1.7) and followup meeting with Finlay (.8). | 7.20 | 250.000 | 1,800.00 |
| | | 04/10/06 | Telephone conferences Boley, Finlay and Zakiewicz (.3); provide wire instructions and draft closing documents (1.8). | 2.10 | 250.000 | 525.00 |
| | | 04/10/06 | Further work on closing documents and forward to purchasers. | 1.50 | 250.000 | 375.00 |
| | | 04/11/06 | Check docket and request clerk confirmation of no appeal (.6); telephone conference Finlay regarding closing (.2); respond to Freeman (.1) and draft form of bill of sale (.5). | 1.40 | 250.000 | 350.00 |
| | | 04/11/06 | Followup with court clerk on lack of appeal and confirming email to Freeman. | 0.50 | 250.000 | 125.00 |
| | | 04/12/06 | Telephone conference Finlay regarding obligation to close. | 0.20 | 250.000 | 50.00 |
| | | 04/13/06 | Telephone conferences Boley (.2) and Finlay (.1) and further closing matters (.6). | 0.90 | 250.000 | 225.00 |
| | | 04/17/06 | Work on revisions to transfer documents requested by Consolidated. | 1.60 | 250.000 | 400.00 |
| | | 04/18/06 | Complete closing documents requested by Consolidated. | 1.10 | 250.000 | 275.00 |
| | | 04/18/06 | Telephone conference Finlay and forward proposed forms of assignments. | 0.40 | 250.000 | 100.00 |
| | | 04/20/06 | Draft Sinofirst assignments and releases and forward to Finlay for review. | 2.80 | 250.000 | 700.00 |
| | | 04/20/06 | Call to Finlay regarding documents. | 0.40 | 250.000 | 100.00 |
| | | 04/29/06 | Review Robertz pleadings to set aside sale to Sinofirst, note concerns and telephone conference Finlay regarding need to respond (.8); forward pleadings to parties in interest and contact Penrod Keith regarding hearing (.3); schedule dates (.1). | 1.20 | 250.000 | 300.00 |
| | | 05/02/06 | Prepare for deposition and May 4th hearings. | 2.10 | 250.000 | 525.00 |
| | | 05/03/06 | Prepare for and attend deposition of David Finlay and review documents for hearing. | 3.80 | 250.000 | 950.00 |
| | | 05/04/06 | Prepare for (3.5) and attend hearing on motions by Robertz and Sinofirst (5.8). | 9.40 | 250.000 | 2,350.00 |
| | | 05/05/06 | Meeting with Finlay and complete and deliver transfer documents. | 1.20 | 250.000 | 300.00 |
| | | 05/08/06 | Telephone conference Boley regarding Sinofirst closing (.1); draft and file order | 0.80 | 250.000 | 200.00 |

Printed: 09/29/06 02:30 PM

Page: 4

# Time Sheet Report
## McKAY, BURTON & THURMAN
Period: 01/01/00 - 02/24/07

| Case No: | 04T-28075 | Case Name: | Eurogas | | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: | 11/23/04 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | | denying Sinofirst motion to fix assignment (.7). | | | |
| | | 05/08/06 | Review Weisbart request and draft, revise and file notice of abandonment on litigation files. | 0.70 | 250.000 | 175.00 |
| | | 05/16/06 | Telephone conference Finlay and letter to Polish Oil and Gas Ministry. | 0.40 | 250.000 | 100.00 |
| | | | | 99.20 | | $24,800.00 |
| | Stephen W. Rupp | 02/01/06 | Meeting with Trustee, discuss background of case, prepare for sale hearing on February 9th. | 1.50 | 235.000 | 352.50 |
| | | 02/07/06 | Review case, prepare notes for sale hearing. | 1.20 | 235.000 | 282.00 |
| | | 02/08/06 | Prepare for sale hearing. | 1.00 | 235.000 | 235.00 |
| | | 02/09/06 | Prepare for and attend sale hearing; evidence presented. | 4.60 | 235.000 | 1,081.00 |
| | | 03/28/06 | Prepare for and attend auction; prepare notes. | 6.20 | 235.000 | 1,457.00 |
| | | | | 14.50 | | $3,407.50 |
| Subtotal for Category: ASSET DISPOSITION | | | | 113.70 | | $28,207.50 |
| Claims Administration and Objections | Jeremy C. Sink | 06/05/06 | Research and begin draft of 2004 exam of accountant. | 2.10 | 135.000 | 283.50 |
| | | 06/06/06 | Finished subpoena of ex parte 2004 motion filed and served. | 1.50 | 135.000 | 202.50 |
| | | 06/08/06 | Telephone conference Cass Butler regarding subpoena. | 0.10 | 135.000 | 13.50 |
| | | 06/12/06 | Telephone conference Cass Butler regarding subpoena; telephone conference Trustee regarding 67 boxes of documents. | 0.20 | 135.000 | 27.00 |
| | | 06/20/06 | Telephone conference Cass Butler and Henroid regarding examining documents in storage. | 0.20 | 135.000 | 27.00 |
| | | 06/22/06 | Telephone conference Cass Butler regarding examining documents. | 0.10 | 135.000 | 13.50 |
| | | 06/27/06 | Telephone conference Cass Butler and Henroid; finalized time to review documents. | 0.20 | 135.000 | 27.00 |
| | | 07/05/06 | Review accounting records for tax files and claim information. | 1.30 | 135.000 | 175.50 |
| | | 07/07/06 | Received tax returns and forwarded to Joel Marker. | 0.10 | 135.000 | 13.50 |
| | | 08/02/06 | Telephone conference Cass Butler regarding document from accounting. | 0.10 | 135.000 | 13.50 |
| | | 08/03/06 | Telephone conference Jackie Henroid; needs additional documents from Butler. | 0.10 | 135.000 | 13.50 |
| | | | | 6.00 | | $810.00 |

Printed: 09/29/06 02:30 PM                                                                                                      Page: 5

# Time Sheet Report
## McKAY, BURTON & THURMAN

**Period:** 01/01/00 - 02/24/07

| Case No: | 04T-28075 | Case Name: | Eurogas | | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: | 11/23/04 |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Subtotal for Category: CLAIMS ADMINISTRATION AND OBJECTIONS** | 6.00 | | $810.00 |
| Fee/Employment Applications | Joel T. Marker | 12/02/05 | Draft and revise attorney employment pleadings. | 0.60 | 250.000 | 150.00 |
| | | 05/01/06 | Review Miller affidavit of disinterestedness and draft employment pleadings for accountants. | 0.70 | 250.000 | 175.00 |
| | | 09/29/06 | Prepare time entries (.8) and draft attorney fee application (1.1). | 1.90 | 250.000 | 475.00 |
| | | | | 3.20 | | $800.00 |
| | | | **Subtotal for Category: FEE/EMPLOYMENT APPLICATIONS** | 3.20 | | $800.00 |
| **Total for Case: 04T-28075** | | | | 122.90 | | $29,817.50 |
| | | | | 122.90 | | $29,817.50 |
| | | | **Grand Total:** | 122.90 | | $29,817.50 |