UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central

| | |
|---|---|
| In re:<br>EUROGAS, INC. | CASE NO. 04-28075 WTT<br>CHAPTER 7 |
| Debtor | |

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND MOTION FOR ORDER APPROVING PAYMENT OF ADMINISTRATIVE COSTS AND EXPENSES

The Trustee of the estate presents the following final report:

1.    The Trustee has reduced all assets of this estate to cash or otherwise lawfully disposed of them and the estate is ready to be closed.

2.    The Trustee applies for commissions and expenses set forth in Exhibit A (see attached) and states: "That they are reasonable and proper; that in the course of the performance of duties, the Trustee has advanced monies from personal funds for expenses; that the Trustee has not been reimbursed or indemnified; and that there is no agreement or understanding between the Trustee and any other person for a division of the compensation sought by this application, except as permitted by the Bankruptcy Code."

3.    The Trustee has reviewed all claims filed in this case and submits Exhibits C and D (attached) as a list of claims and dividends to be paid upon court approval.

4.    The Trustee submits Form 1 and 2 as Exhibit E (attached) as a summary of the assets and the disposition of each  of these assets.  Any property scheduled under 11 U.S.C. §521(1) and not administered shall be deemed abandoned pursuant to 11 U.S.C. §554(c).

5.    The Trustee certifies to the Court and the United States Trustee that the Trustee has faithfully and properly fulfilled the duties of the office of the trustee, and that the Trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

6.    The Trustee has given notice to all parties in interest as shown on the mailing matrix of his intent to abandon/destroy records of the estate.

**WHEREFORE**, the Trustee respectfully moves this Court for an order approving Applications for Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. §330(a) and §503(b), pursuant to Rule 3009, Federal Rules of Bankruptcy, authorizing the Trustee to abandon/destroy records of the estate, and determining that the Trustee has complied with all notice and hearing requirements of Section 363 of the Bankruptcy Code to proceed with his final disbursement.

Dated:  _October 2, 2006_

_____
JOEL T. MARKER

## PROPOSED DISTRIBUTION LIST

In re:                                    EUROGAS, INC.

Bankruptcy Case No.:                      04-28075

APPLICATIONS FOR COMPENSATION AND EXPENSES - CHAPTER 7:

|  | PROFESSIONAL'S NAME | TOTAL | PREVIOUSLY PAID | AMOUNT TO DISTRIBUTE |
|---|---|---|---|---|
| Trustee Fees | JOEL T. MARKER | 20,826.50 | 0.00 | 20,826.50 |
| Trustee Expenses | JOEL T. MARKER | 9,922.91 | 0.00 | 9,922.91 |
| Trustee's Attorney Fees | McKAY, BURTON & THURMAN | 29,817.50 | 0.00 | 29,817.50 |
| Trustee's Accountant Fees | PRICEWATERHOUSECOOPERS | 12,592.00 | 0.00 | 12,592.00 |
| Trustee's Accountant Expenses | PRICEWATERHOUSECOOPERS | 633.47 | 0.00 | 633.47 |

**TOTAL CHAPTER 7 ADMINISTRATIVE EXPENSES TO BE DISTRIBUTED:**                    **$73,792.38**

SUMMARY OF PROPOSED DISTRIBUTION IN ORDER OF PRIORITY:

Chapter 7 Administrative Claims (Allowed 73,792.38):                  $73,792.38

Previous Chapter Administrative Claims (None)                         N/A

Priority Claims (All PRIORITY CLAIMS (0.00):                          N/A

Unsecured Claims (Allowed 114,230,189.74)   Paid 0.56%:              $643,251.85
     W. Steve Smith                              638,418.26
     Mark A. Weisbart                                988.82
     O & F Proinvest AG                           1,352.51
     Hansen, Barnett & Maxwell                      811.98
     Internal Revenue Service/Utah                   37.03
     MB Modus GmbH                                 1,643.25

I have reviewed the Trustee's Final Report and Proposed Distribution.

Charles F.  McVay
United States Trustee

BY: _____
     Attorney for the United States Trustee

<u>EXHIBIT A</u>
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

In re:    EUROGAS, INC.                                      Case no.:  04-28075

<u>Computation of Compensation for Cases Filed after October 22, 1994</u>

| | | | | |
|---|---|---|---|---|
| Total Proceeds of Estate | $_____717,044.23 | | | |
| Less amounts returned to Debtor(s) | (_____0.00) | | | |
| Balance to be Disbursed | _____717,044.23 | 25% of first $5,000 ($1,250 maximum) | $_____1,250.00 | |
| Less | (_____5,000.00) | | | |
| Balance | _____712,044.23 | 10% of next $45,000 ($4,500 maximum) | _____4,500.00 | |
| Less | (_____45,000.00) | | | |
| Balance | _____667,044.23 | 5% of next $950,000 ($47,500 maximum) | _____33,352.21 | |
| Less | (_____950,000.00) | | | |
| Balance | $_____0.00 | 3% of balance | _____0.00 | |

|  |  |
|---|---|
| MAXIMUM COMPENSATION (11 U.S.C. §326) | $_____39,102.21 |
| COMPENSATION REQUESTED | $_____20,826.50 |
| Less: Court-Approved Compensation Previously Paid | (_____0.00) |
| BALANCE DUE | $_____20,826.50 |

<u>Trustee Expenses</u>

|  |  |
|---|---|
| Premium on Trustee's Bond (Allocation of coverage on blanket bond) | $_____0.00 |
| Photocopies (5,220.00 copies at 0.00 ¢/copy) | $_____676.52 |
| Postage | $_____1,982.27 |
| Supplies | $_____0.82 |
| Other Expenses | $_____7,263.30 |
| TOTAL EXPENSES | $_____9,922.91 |
| Less: Court-Approved Expenses Previously Paid | (_____0.00) |
| BALANCE DUE | $_____9,922.91 |

Printed: 09/29/06 04:31 PM

# Trustee's Compensation

**Debtor:** EUROGAS, INC.                                    **Case:** 04-28075

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 717,044.23 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 667,044.23 | = | 33,352.21 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---|
| **Calculated Total Compensation:** | **$39,102.21** |
| Plus Adjustment: | -18,275.71 |
| **Total Compensation:** | **$20,826.50** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$20,826.50** |

## Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 5220 copies at 0.0 cents per copy | 676.52 |
| Postage | | 1,982.27 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.82 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 7,263.30 |
| Other Expenses 2 | | 0.00 |

| | |
|---|---|
| **Subtotal Expenses:** | **$9,922.91** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$9,922.91** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$9,922.91** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $20,826.50 as compensation and $9,922.91 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  09/29/2006                    Signed: _____

JOEL T. MARKER
170 South Main Street, #800

Salt Lake City, UT 84101

Printed: 09/29/06 05:02 PM

Page: 1

# Time Sheet Report

## Trustee: JOEL T. MARKER (640080)

### Period: 01/01/00 - 02/23/07

| Case No: | 04-28075 | Case Name: | EUROGAS, INC. | | Petition Date: | 05/18/04 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: | 11/23/04 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | Joel T. Marker, Trustee | 11/09/04 | Telephone conference Steve Smith regarding Eurogas estate and followup email (.4); review documents provided by Smith on short sales litigation (.5). | 0.90 | 225.000 | 202.50 |
| | | 12/27/04 | Telephone conference Jim Norman regarding Eurogas assets. | 0.30 | 225.000 | 67.50 |
| | | | | 1.20 | | $270.00 |
| | | | **Subtotal for Category: ASSET ANALYSIS AND RECOVERY** | **1.20** | | **$270.00** |
| Asset Disposition | Joel T. Marker, Trustee | 10/27/05 | Telephone conference Mark Weisbart regarding undisclosed assets (.2); review file and withdraw no asset report (.5). | 0.70 | 250.000 | 175.00 |
| | | 11/07/05 | Negotiate sale terms with Weisbart (2.2) and forward to Smith for approval (.1). | 2.30 | 250.000 | 575.00 |
| | | 11/28/05 | Review and respond to Weisbart and Ramft emails on sale issues. | 0.40 | 250.000 | 100.00 |
| | | 12/05/05 | Telephone conference Walter Storm regarding sale of assets and notes to file. | 0.20 | 250.000 | 50.00 |
| | | 12/19/05 | Telephone conference Weisbart regarding sale process. | 0.20 | 250.000 | 50.00 |
| | | 12/27/05 | Telephone conferences Freeman and Norman regarding sale process. | 0.30 | 250.000 | 75.00 |
| | | 01/12/06 | Marketing efforts regarding pending sale, including emails to Freeman and Storm and telephone conference Weisbart. | 0.80 | 250.000 | 200.00 |
| | | 01/19/06 | Log in Storm deposit and notify Weisbart. | 0.20 | 250.000 | 50.00 |
| | | 01/20/06 | Return call to Mabey and call to Boley regarding auction. | 0.60 | 250.000 | 150.00 |
| | | 01/23/06 | Review sale status with Finlay. | 0.20 | 250.000 | 50.00 |
| | | 01/23/06 | Docket receipt of Zimmer deposit and followup calls to Strong, Weisbart & Finlay. | 0.70 | 250.000 | 175.00 |
| | | 02/01/06 | Telephone conferences Boley, Mabey, Strong and Smith and reset pre and post auction hearings on proposed sale. | 1.40 | 250.000 | 350.00 |
| | | 02/02/06 | Review Smith proposal, discuss with counsel Rupp and Weisbart and respond. | 0.80 | 250.000 | 200.00 |
| | | 02/06/06 | Telephone conferences Jarvis (.1) and Finlay (.2) regarding auction process; call to Weisbart regarding deposit (.1) and review and circulate Polish email (.2). | 0.60 | 250.000 | 150.00 |
| | | 02/09/06 | Attend sale hearing and followup meeting with Consolidated over ruling. | 4.60 | 250.000 | 1,150.00 |
| | | 02/12/06 | Review and respond to Smith emails regarding sale process. | 0.40 | 250.000 | 100.00 |
| | | 02/14/06 | Telephone conference Smith and Weisbart to move case ahead. | 0.30 | 250.000 | 75.00 |
| | | 02/16/06 | Telephone conference Andraczke and provided him update and requested financials on subsidiaries. | 0.20 | 250.000 | 50.00 |
| | | 02/21/06 | Telephone conferences Mabey (.1) and Weisbart (.2) regarding sale process. | 0.30 | 250.000 | 75.00 |
| | | 02/22/06 | Efforts to produce marketing plan to comply with Court's order. | 1.60 | 250.000 | 400.00 |

Printed: 09/29/06 05:02 PM

# Time Sheet Report

**Trustee: JOEL T. MARKER (640080)**

**Period: 01/01/00 - 02/23/07**

Page: 2

| Case No: 04-28075 | Case Name: EUROGAS, INC. | | Petition Date: 05/18/04 |
|---|---|---|---|
| Case Type: Assets | Judge: | | 341a Meeting: 11/23/04    02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker, Trustee | 02/23/06 | Telephone conference Segal regarding bankruptcy work papers (.1); telephone conference Andraczke regarding status of subsidiaries (.5); call to Mabey regarding Robertz offer (.1). | 0.70 | 250.000 | 175.00 |
| | | 02/28/06 | Work with WSJ, Lee Snedaker and PLS to advertise auction of affiliates and set continued hearing. | 3.70 | 250.000 | 925.00 |
| | | 02/28/06 | Provide sale process updates to Mabey (.1) and Boley (.2). | 0.30 | 250.000 | 75.00 |
| | | 03/01/06 | Review and revise drafts of WSJ and PLS ad copy. | 0.80 | 250.000 | 200.00 |
| | | 03/02/06 | Confirm ad placements in WSJ and PLS trade journal. | 0.30 | 250.000 | 75.00 |
| | | 03/06/06 | Telephone conference White and Case attorneys regarding Total interest in assets. | 0.60 | 250.000 | 150.00 |
| | | 03/07/06 | Telephone conference Finlay regarding status of case. | 0.10 | 250.000 | 25.00 |
| | | 03/08/06 | Telephone conferences Andraczke (.5) Weisbart (.1) and calls to Smith and Jarvis (.1) regarding sale and auction issues. | 0.70 | 250.000 | 175.00 |
| | | 03/09/06 | Check WSJ ad and tearsheets. | 0.30 | 250.000 | 75.00 |
| | | 03/20/06 | Prepare for (.6) and meet with Smith and counsel regarding Rule 59 motion and status of auction (1.1). | 1.70 | 250.000 | 425.00 |
| | | 03/21/06 | Telephone conference Ginsberg regarding client's decision to not participate in auction. | 0.10 | 250.000 | 25.00 |
| | | 03/22/06 | Further marketing efforts to encourage participation in auction. | 1.30 | 250.000 | 325.00 |
| | | 03/24/06 | Begin auction preparation. | 1.20 | 250.000 | 300.00 |
| | | 03/24/06 | Telephone conference Morgan of Eurenergy regarding auction and conference Andraczke. | 0.30 | 250.000 | 75.00 |
| | | 03/27/06 | Telephone conferences and meeting with Eurenergy representatives (1.7); telephone conferences Boley (.3) and Mabey (.2) and prepare for auction (1.6). | 3.80 | 250.000 | 950.00 |
| | | 03/28/06 | Prepare for and conduct auction of interests in affiliates. | 6.20 | 250.000 | 1,550.00 |
| | | 03/29/06 | Telephone conference Weisbart regarding auction. | 0.20 | 250.000 | 50.00 |
| | | 04/04/06 | Auction followup with Finlay. | 0.20 | 250.000 | 50.00 |
| | | 04/04/06 | Review files and letters to Zimmer and Storm to return deposits. | 0.50 | 250.000 | 125.00 |
| | | 04/12/06 | Review Melzak and Andraczke emails and followup call to Mike Freeman. | 0.30 | 250.000 | 75.00 |
| | | 04/13/06 | Calls to Zakiewicz .3) and review parties' concerns and draft, revise and serve warning letter requested by Consolidated and Robertz (1.4). | 1.70 | 250.000 | 425.00 |
| | | 04/18/06 | Confirm Finlay wire and followup with Finlay on closing. | 0.60 | 250.000 | 150.00 |
| | | 04/19/06 | Telephone conferences Finlay regarding closing wires and closing issues and review | 0.40 | 250.000 | 100.00 |

Printed: 09/29/06 05:02 PM

Page: 3

# Time Sheet Report

### Trustee: JOEL T. MARKER (640080)

### Period: 01/01/00 - 02/23/07

| Case No: 04-28075 | | Case Name: EUROGAS, INC. | | Petition Date: 05/18/04 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Case Type: Assets | | Judge: William T. Thurman | | 341a Meeting: 11/23/04 02:30PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Asset Disposition | Joel T. Marker, Trustee | | Freeman email. | | | |
| | | 04/21/04 | Telephone conference Finlay (.6) Freeman (.1) and Boley (.1) and work on closing issues (1.1). | 1.90 | 250.000 | 475.00 |
| | | 04/22/04 | Review and serve notice regarding control requested by Consolidated. | 0.90 | 250.000 | 225.00 |
| | | 04/24/04 | Further closing issues regarding Pol-Tex and Eurogas Polska. | 1.50 | 250.000 | 375.00 |
| | | 04/26/04 | Review complaints by Consolidated and confer with Smith and his counsel (.9); review and respond to Polish Oil & Gas Ministry inquiry (.6); and followup with Finlay (.3). | 1.80 | 250.000 | 450.00 |
| | | 04/26/06 | Telephone conference Finlay regarding assignments. | 0.40 | 250.000 | 100.00 |
| | | 04/27/06 | Email to Finlay regarding assignments. | 0.10 | 250.000 | 25.00 |
| | | 04/27/06 | Telephone conference Mabey regarding Sinofirst transaction (.2) and respond to Finlay demand (.2). | 0.40 | 250.000 | 100.00 |
| | | 05/01/06 | Meeting with Robertz counsel regarding motion to set aside order (1.6) and followup with counsel for Finlay (.5). | 2.10 | 250.000 | 525.00 |
| | | 05/02/06 | Meeting with Finlay's counsel. | 1.10 | 250.000 | 275.00 |
| | | 05/31/06 | Check docket and notify Weisbart of lack of objection to notice of abandonment. | 0.20 | 250.000 | 50.00 |
| | | 06/21/06 | Review files and respond to Finlay inquiry about Andraczke's resignation. | 0.40 | 250.000 | 100.00 |
| | | 06/28/06 | Produce documents requested by Consolidated for registration purposes. | 0.30 | 250.000 | 75.00 |
| | | | | 53.90 | | $13,475.00 |
| **Subtotal for Category: ASSET DISPOSITION** | | | | **53.90** | | **$13,475.00** |
| Case Administration | Joel T. Marker, Trustee | 10/25/04 | Telephone conference U.S. Trustee regarding entry of order for relief and review docket and pleadings filed by petitioning creditors and debtor. | 1.60 | 225.000 | 360.00 |
| | | 12/14/04 | Review Segal letter and followup message to Smith. | 0.20 | 225.000 | 45.00 |
| | | 12/22/04 | Review Smith's 9001 forms and revise and file motion and notice of hearing with notice to parties in interest. | 1.30 | 225.000 | 292.50 |
| | | 01/26/05 | Respond to Smith email and draft, revise and file declaration and order on designation motion. | 0.80 | 225.000 | 180.00 |
| | | 02/08/05 | Review Segal motion to withdraw (.1) and followup call to Roger (.1). | 0.20 | 225.000 | 45.00 |
| | | 09/10/05 | Review and respond to Smith request for status report. | 0.20 | 250.000 | 50.00 |
| | | 10/15/05 | Followup email to Smith. | 0.10 | 250.000 | 25.00 |
| | | 10/17/05 | Review Smith response (.1) and file NDR (.1). | 0.20 | 250.000 | 50.00 |

Printed: 09/29/06 05:02 PM

Page: 4

# Time Sheet Report

**Trustee: JOEL T. MARKER (640080)**

**Period: 01/01/00 - 02/23/07**

| Case No: 04-28075 | Case Name: EUROGAS, INC.. | | Petition Date: 05/18/04 | | |
| Case Type: Assets | Judge:    William T. Thurman | | 341a Meeting: 11/23/04    02:30PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Case Administration | Joel T. Marker, Trustee | 12/20/05 | Review and execute letter admonishing Raubali and Blankenstein. | 0.30 | 250.000 | 75.00 |
| | | 03/03/06 | Process invoices for WSJ and PLS advertisements (.6); review emails and attachments from Andraczke (.5) and pursue FX Energy lead (1.2) | 2.30 | 250.000 | 575.00 |
| | | 04/03/06 | Review Andraczke email snafu with Freeman, Andraczke, Melzak and Mabey. | 0.60 | 250.000 | 150.00 |
| | | 05/10/06 | Review financial file and reconcile estate accounts. | 0.80 | 250.000 | 200.00 |
| | | 05/12/06 | Review PWC order and telephone conference Miller regarding accounting issues; followup with Henroid. | 0.30 | 250.000 | 75.00 |
| | | 05/12/06 | Telephone conference Miller regarding obtaining files from previous accountants and letter to Bob Bowen at Hansen, Barnett and Maxwell. | 0.60 | 250.000 | 150.00 |
| | | 05/14/06 | Produce files to UST auditors and respond to requests for explanation and clarification regarding administration of the estate. | 1.80 | 250.000 | 450.00 |
| | | 05/25/06 | Telephone conference Miller regarding books and records. | 0.10 | 250.000 | 25.00 |
| | | 06/05/06 | Review Hansen, Barnett & Maxwell's letter denying access to documents and outline research and pleadings to compel production of documents. | 1.30 | 250.000 | 325.00 |
| | | 06/15/06 | Telephone conference accountant (.1); review SEC filings (.6); and respond to Smith email on distribution (.1). | 0.80 | 250.000 | 200.00 |
| | | 07/05/06 | Inspect Hansen, Barnett & Maxwell accounting records and select for production. | 1.30 | 250.000 | 325.00 |
| | | 07/07/06 | Telephone conference Avis at Hansen, Barnett & Maxwell regarding document production (.1); review tax returns from prior years and deliver documents to PWC to use in preparing necessary estate returns (1.1). | 1.20 | 250.000 | 300.00 |
| | | 07/11/06 | Prepare authorization to wire deposit back to Falcon. | 0.40 | 250.000 | 100.00 |
| | | 07/12/06 | Make arrangements for production and copying of accountant's work papers (.3); telephone conference PWC regarding tax returns (.1). | 0.40 | 250.000 | 100.00 |
| | | 07/17/06 | Review HBM documents and deliver set to accountants. | 0.80 | 250.000 | 200.00 |
| | | 08/01/06 | Telephone conference Henroid regarding estate tax return and forward Form 2. | 0.20 | 250.000 | 50.00 |
| | | 08/09/06 | Review PWC estimate on tax project and forward to Smith and Weisbart. | 0.30 | 250.000 | 75.00 |
| | | 08/24/06 | Telephone conference accountants regarding status of estate tax returns. | 0.10 | 250.000 | 25.00 |
| | | 08/24/06 | Telephone conference Hawkes at HB&M regarding fees for document production. | 0.10 | 250.000 | 25.00 |
| | | 09/06/06 | Telephone conference Henroid regarding tax returns. | 0.10 | 250.000 | 25.00 |
| | | 09/22/06 | Review, sign and file all estate tax returns | 1.60 | 250.000 | 400.00 |
| | | 09/29/06 | Review file and work on final report. | 1.50 | 250.000 | 375.00 |

Printed: 09/29/06 05:02 PM

# Time Sheet Report

### Trustee: JOEL T. MARKER (640080)
### Period: 01/01/00 - 02/23/07

| Case No: 04-28075 | Case Name: EUROGAS, INC. | Petition Date: 05/18/04 |
|---|---|---|
| Case Type: Assets | Judge: William T. Thurman | 341a Meeting: 11/23/04 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Case Administration | Joel T. Marker, Trustee | 10/30/06 | Prepare notice of final report. | 0.50 | 250.000 | 125.00 |
| | | 11/30/06 | Prepare order approving Trustee's final report. | 0.20 | 250.000 | 50.00 |
| | | 12/28/06 | Review executed order and sign Court approved dividend checks. | 0.20 | 250.000 | 50.00 |
| | | 02/23/07 | Review and sign Trustee's supplemental report. | 0.20 | 250.000 | 50.00 |
| | | | | 22.60 | | $5,547.50 |
| | Leanne Ruesch | 09/15/06 | Prepare Trustee's timesheet | 1.50 | 45.000 | 67.50 |
| | | 09/22/06 | ECF file request for notification of Court fees to USBC. | 0.10 | 45.000 | 4.50 |
| | | 09/29/06 | Prepare Trustee's distribution worksheet | 0.20 | 45.000 | 9.00 |
| | | 09/29/06 | Work on Trustee's final report. | 1.30 | 45.000 | 58.50 |
| | | 10/30/06 | Prepare notice of filing of Trustee's final report and file ECF | 0.20 | 45.000 | 9.00 |
| | | 11/30/06 | Prepare order approving Trustee's final report. | 0.20 | 45.000 | 9.00 |
| | | 02/23/07 | Prepare supplemental report. | 0.20 | 45.000 | 9.00 |
| | | | | 3.70 | | $166.50 |
| **Subtotal for Category: CASE ADMINISTRATION** | | | | **26.30** | | **$5,714.00** |
| Claims Administration and Objections | Joel T. Marker, Trustee | 11/19/04 | Review Weisbart letter (.1) and Smith email and claim (.2). | 0.30 | 225.000 | 67.50 |
| | | 07/05/06 | Review claims filed (.6) and file claim for MB Modus creditor (.8). | 1.40 | 250.000 | 350.00 |
| | | 08/01/06 | Review claims and respond to emails from Smith and Weisbart. | 0.40 | 250.000 | 100.00 |
| | | | | 2.10 | | $517.50 |
| **Subtotal for Category: CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | **2.10** | | **$517.50** |
| Fee/Employment Applications | Joel T. Marker, Trustee | 04/27/06 | Telephone conference Miller regarding employment of PWC as accountants. | 0.10 | 250.000 | 25.00 |
| | | 07/05/06 | Work on itemization of Trustee time and expenses. | 1.10 | 250.000 | 275.00 |
| | | 09/18/06 | Revise fee and cost schedules for Trustee's application. | 0.80 | 250.000 | 200.00 |
| | | 09/28/06 | Review PWC fee application for filing. | 0.50 | 250.000 | 125.00 |
| | | | | 2.50 | | $625.00 |
| **Subtotal for Category: FEE/EMPLOYMENT APPLICATIONS** | | | | **2.50** | | **$625.00** |

Printed: 09/29/06 05:02 PM

# Time Sheet Report

**Trustee: JOEL T. MARKER (640080)**

**Period: 01/01/00 – 02/23/07**

Page: 6

| Case No:  04-28075 | Case Name: EUROGAS, INC. | Petition Date: 05/18/04 |
| Case Type: Assets | Judge:    William T. Thurman | 341a Meeting: 11/23/04   02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Meeting of Creditors | Joel T. Marker, Trustee | 11/22/04 | Prepare for meeting of creditors. | 0.80 | 225.000 | 180.00 |
| | | 11/23/04 | Conduct meeting of creditors. | 0.10 | 225.000 | 22.50 |
| | | 11/24/04 | Respond to Smith email on 341. | 0.10 | 225.000 | 22.50 |
| | | | | 1.00 | | $225.00 |

**Subtotal for Category: MEETING OF CREDITORS**          1.00          $225.00

**Total for Case:  04-28075**          87.00          $20,826.50

**Total for Trustee:  JOEL T. MARKER**          87.00          $20,826.50

**Grand Total:**          87.00          $20,826.50

# Expense Worksheet

### Period: 01/01/00 - 02/23/07

### Trustee: JOEL T. MARKER (640080)

| | | | |
|---|---|---|---|
| **Case Number:** 04-28075 | **Case Name:** EUROGAS, INC. | | |
| **Case Type:** Assets | **Judge:** William T. Thurman | | |
| **Petition Date:** 05/18/04 | **341a Meeting:** 11/23/04   14:30 | | |

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/22/04 | Copies of Trustee's Motion to Designate Individuals and Notice of Hearing | 24.00 | $0.200 | $4.80 |
| 01/03/06 | Copies of Trustee's Motion Approving Sale | 56.00 | $0.200 | $11.20 |
| 02/02/06 | Copies of Trustee's Notice of Continuance | 6.00 | $0.200 | $1.20 |
| 02/08/06 | Copies of exhibits - hearing on Sale Motion | 170.00 | $0.200 | $34.00 |
| 03/02/06 | Copy of Trustee's Notice of Auction Sale and Hearing to U.S. Trustee | 2.00 | $0.200 | $0.40 |
| 03/03/06 | Copies of letter and six court documents sent Federal Express and regular mail | 280.00 | $0.200 | $56.00 |
| 03/08/06 | Copies of documents for Appendix I of Procedures and Disclosures | 3,705.00 | $0.085 | $314.93 |
| 03/08/06 | Sales Tax on $314.93 for copies of documents | 1.00 | $20.790 | $20.79 |
| 03/08/06 | Copies of bankruptcy forms from Hank Blankenstein | 252.00 | $0.200 | $50.40 |
| 03/08/06 | Procedures and Disclosures, with Appendix I | 56.00 | $0.200 | $11.20 |
| 03/30/06 | Copies of Order Confirming Four-Lot Auction | 70.00 | $0.200 | $14.00 |
| 04/11/06 | Court certified copies of Order Confirming Four-Lot Auction of Debtor's Interests in Certain Affiliates | 4.00 | $9.700 | $38.80 |
| 05/01/06 | Copies of employment pleadings for accountants, PricewaterhouseCoopers | 72.00 | $0.200 | $14.40 |
| 05/04/06 | Copies of Exhibit Summary and exhibits for hearing on May 4, 2006 to fix form of assignment | 408.00 | $0.200 | $81.60 |
| 09/29/06 | Copies of Trustee's final report | 114.00 | $0.200 | $22.80 |
| | **Total for category  COPIES:** | **5,220.00** | | **$676.52** |

**Category:** OTHER

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/02/06 | Advertising placement in the Wall Street Journal | 1.00 | $2,216.000 | $2,216.00 |
| 03/03/06 | Advertising and marketing services - A&D Transaction Report February 28, 2006; Fax Broadcast March 3, 2006 and Listing of Auction - PLS Data Base | 1.00 | $1,000.000 | $1,000.00 |
| 03/08/06 | Runner service - Procedures and Disclosures, with Appendix I and attachments to Matthew Boley, Ralph Mabey and Annette Jarvis | 3.00 | $6.000 | $18.00 |
| 03/08/06 | Advertising placement PLS Canada Market Update - | 1.00 | $250.000 | $250.00 |

# Expense Worksheet

**Period:  01/01/00 - 02/23/07**

**Trustee: JOEL T. MARKER (640080)**

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 04-28075 | **Case Name:** | EUROGAS, INC. | |
| **Case Type:** | Assets | **Judge:** | William T. Thurman | |
| **Petition Date:** | 05/18/04 | **341a Meeting:** | 11/23/04   14:30 | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| | Notice of Auction | | | |
| 03/08/06 | Advertising and Marketing Services Advertisement in PLS Canada | 1.00 | $250.000 | $250.00 |
| 03/28/06 | Depomax Reporting Services, Inc. | 1.00 | $400.000 | $400.00 |
| 04/11/06 | Four certified copies of Order Confirming Four-lot and Exhibit 1 from Court | 1.00 | $6.000 | $6.00 |
| 07/05/06 | Runner service to file proof of claim filed for MB Modus | 1.00 | $8.250 | $8.25 |
| 07/05/06 | Runner service to deliver documents to Consolidated attorney, Matthew Boley, Snell & Wilmer | 1.00 | $8.250 | $8.25 |
| 07/31/06 | Hansen, Barnett & Maxwell charge for organizing and producing accounting and tax records | 1.00 | $2,882.050 | $2,882.05 |
| 09/21/06 | Check to U.S. Tax Commission - 2002 TC-20 | 1.00 | $100.000 | $100.00 |
| 09/22/06 | Check to U.S. Tax Commission - 2003 TC-20 | 1.00 | $100.000 | $100.00 |
| 09/28/06 | Runner service - PricewaterhouseCooper fee application filed at court | 1.00 | $8.250 | $8.25 |
| 09/29/06 | Runner service - Trustee's report to U.S. Trustee's office | 1.00 | $8.250 | $8.25 |
| 02/23/07 | Runner service - supplemental report to U.S. Trustee's office | 1.00 | $8.250 | $8.25 |
| | **Total for category  OTHER:** | **17.00** | | **$7,263.30** |

**Category: POSTAGE**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/22/04 | Service of Trustee's Motion to Designate Individuals and Notice of Hearing to US Trustee and Debtor's attorney | 2.00 | $0.370 | $0.74 |
| 01/03/06 | Service of Trustee's Motion Approving Sale | 6.00 | $0.390 | $2.34 |
| 02/02/06 | Service of Trustee's Notice of Continuance to U.S. Trustee's Office | 1.00 | $0.390 | $0.39 |
| 02/02/06 | Courier service of Notice of Continuance to Herbert Zimmer, Germany | 1.00 | $34.800 | $34.80 |
| 03/02/06 | Service of Trustee's Notice of Auction Sale and Hearing to U.S. Trustee's Office | 1.00 | $0.390 | $0.39 |
| 03/03/06 | Courier Service via Federal Express of letter and six court documents to creditors in Europe | 1.00 | $413.510 | $413.51 |
| 03/08/06 | Courier service via Federal Express of Procedures | 1.00 | $285.850 | $285.85 |

# Expense Worksheet

### Period:  01/01/00 - 02/23/07

### Trustee: JOEL T. MARKER (640080)

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 04-28075 | **Case Name:** | EUROGAS, INC. | |
| **Case Type:** | Assets | **Judge:** | William T. Thurman | |
| **Petition Date:** | 05/18/04 | **341a Meeting:** | 11/23/04   14:30 | |

| | | | | |
|---|---|---|---|---|
| | and Disclosures with Appendix 1 and attachments | | | |
| 03/09/06 | Courier service via Federal Express of Procedures and Disclosures, with Appendix I and attachments to Jochen Tietze in Germany | 1.00 | $73.240 | $73.24 |
| 03/13/06 | Courier service via Federal Express of Procedures and Disclosures, with Appendix I and attachments to Robert Pledger, Benchmark Oil & Gas Co. | 1.00 | $43.260 | $43.26 |
| 03/17/06 | Courier service via Federal Express  of Procedures and Disclosures, with Appendix I and attachments to Alfed Bach, Investment Counselor | 1.00 | $83.520 | $83.52 |
| 03/23/06 | Courier service via Federal Express  of Procedures and Disclosures, with Appendix I and attachments to Ronyld W. Wise, PLS, Inc. Houston, TX | 1.00 | $43.260 | $43.26 |
| 03/24/06 | Courier service via Federal Express of Procedures and Disclosures, with Appendix I and attachments to William Divine, Houston, TX | 1.00 | $55.760 | $55.76 |
| 04/04/06 | Regular mail service of payment to PLS | 1.00 | $0.390 | $0.39 |
| 04/04/06 | Regular mail service of payment ot Depomax | 1.00 | $0.390 | $0.39 |
| 04/04/06 | Service via Federal Express of auction deposit to Herbert Zimmer, Germany | 1.00 | $34.740 | $34.74 |
| 04/04/06 | Service via Federal Express of auction deposit to Walter Storm, Germany | 1.00 | $34.740 | $34.74 |
| 04/24/06 | Documents to Danuta Lipien, Attorney, in Poland ($80.80); Ewa Zalewska, Director, in Poland ($80.80) | 1.00 | $161.600 | $161.60 |
| 04/24/06 | Sales and Purchase Agreements to David Finlay, Vancouver, Canada | 1.00 | $25.790 | $25.79 |
| 05/01/06 | Service of motion, affidavit and order for employment of accountants | 8.00 | $0.630 | $5.04 |
| 05/05/06 | Service of earnest money check to Michael J. Freeman, Coral Gables, FL | 1.00 | $23.310 | $23.31 |
| 06/06/06 | Certified mail to Preston Eiches r/a for Hansen, Barnett & Maxwell, P.C., 5 Triad Center, Suite 750, SLC, UT | 1.00 | $4.640 | $4.64 |
| 09/22/06 | Service by certified mail of 2002-2006 tax returns to tax entities | 1.00 | $652.230 | $652.23 |
| 09/29/06 | Service of court approved dividend checks | 6.00 | $0.390 | $2.34 |
| | **Total for category  POSTAGE:** | **41.00** | | **$1,982.27** |

# Expense Worksheet
### Period: 01/01/00 – 02/23/07
### Trustee: JOEL T. MARKER (640080)

| Case Number: | 04-28075 | Case Name: | EUROGAS, INC. |
| Case Type: | Assets | Judge: | William T. Thurman |
| Petition Date: | 05/18/04 | 341a Meeting: | 11/23/04   14:30 |

**Category:** SUPPLIES

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 12/22/04 | Envelopes for Trustee's Motion to Designate Individuals | 2.00 | $0.040 | $0.08 |
| 01/03/06 | Envelopes for Trustee's Motion Approving Sale of Debtor's Interest and Notice of Hearing | 2.00 | $0.100 | $0.20 |
| 02/02/06 | Envelope for Trustee's Notice of Continuance | 1.00 | $0.100 | $0.10 |
| 03/02/06 | Trustee's Notice of Auction Sale and Hearing to Confirm Sale | 1.00 | $0.040 | $0.04 |
| 03/03/06 | Letter and six court documents | 4.00 | $0.100 | $0.40 |
| | **Total for category  SUPPLIES:** | **10.00** | | **$0.82** |

Total for case  04-28075:      $9,922.91

| Grand Total: | $9,922.91 |

Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: joel@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 04-28075 WTT |
| | | Chapter 7 |
| EUROGAS, INC., | : | |
| Debtor. | : | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION BY McKAY, BURTON & THURMAN, COUNSEL FOR THE TRUSTEE

TO THE HONORABLE WILLIAM T. THURMAN, UNITED STATES BANKRUPTCY JUDGE:

The application of McKay, Burton & Thurman respectfully represents as follows:

A.    Background.

1.    This case was commenced by an involuntary petition for relief under Chapter 7 of the Bankruptcy Code on May 20, 2004 filed by the Estate of McKenzie Energy Corp., U.S. ,Estate of LaPlata Pipeline Co., Estate of Harven Michael McKenzie, Estate of Timothy Stewart McKenzie, and Estate of Steven Darryl McKenzie. Joel T. Marker has been appointed and is serving as the permanent Chapter 7 Trustee.

2.    McKay, Burton & Thurman has represented the Trustee since December 5, 2005 pursuant to an order entered December 16, 2005. McKay, Burton & Thurman received no retainer at the time of its entry of appearance in this case on behalf of the Trustee.

3.      In this application McKay, Burton & Thurman seeks compensation for services rendered as attorneys for the Trustee during the period December 5, 2005 through September 29, 2006.   The firm has not filed any previous fee applications in this case.

4.      The following attorneys employed by McKay, Burton & Thurman have rendered services in this case:

a.      Joel T. Marker is a 1984 graduate of the University of Utah College of Law and a member of the Utah State Bar.  Mr. Marker has specialized in bankruptcy law for 22 years.  Mr. Marker's billing rate for the period covered by this application is $250.00 per hour.

b.      Stephen W. Rupp is a 1981 graduate of the University of Utah College of Law and a member of the Utah State Bar.  Mr. Rupp has specialized in bankruptcy law for 25 years.  Mr. Rupp's billing rate for the period covered by this application is $235.00 per hour.

c.      Jeremy C. Sink is a 2002 graduate of Creighton University College of Law in Omaha, Nebraska and a member of the Utah State Bar.  Mr. Sink has specialized in bankruptcy law for over four years.  Mr. Sink's billing rate for the period covered by this application is $135.00 per hour.

B.      Case Status.

5.      The estate's current cash balance is $717,044.23, all of which is unencumbered and available to pay administrative expenses.

6.      Other than contemporaneous fee applications filed by the Trustee's professionals, the applicant is unaware of any substantial accrued but unpaid Chapter 7 administrative expenses in addition to those described in this application.

7.      The Trustee will file a final report within 30 days.

C.      Project Summary.

8.      During the period for which this application is made McKay, Burton & Thurman has consulted with and advised the Trustee concerning the rights, powers and duties of a

2

trustee under Chapter 7; has represented the Trustee in all proceedings before this Court; has prepared pleadings, notices and other documents for the Trustee as required by the Court or the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this district. In all respects McKay, Burton & Thurman has acted as the Trustee's attorney in this case.

9.    During the period for which this application is made McKay, Burton & Thurman has also performed the following services:

a.    The firm advised the Trustee and drafted pleadings to authorize the sale of previously undisclosed subsidiaries holding speculative interests in oil and gas fields in Poland.

b.    The firm investigated the property rights of foreign subsidiaries and provided due diligence packages to parties interested in bidding on the estate's interest in such subsidiaries.

c.    The firm represented the Trustee at hearings on sale related matters (including an attempt by a disgruntled bidder to upset the confirmed sale) and at the auction for the estate's interest in certain undisclosed subsidiaries, which resulted in sale proceeds of $715,000 to the estate.

d.    The firm drafted assignments, releases and other documents necessary to close the sales authorized by the Court.

Attached hereto as Appendix 1 and incorporated by this referenced is a detailed itemization of the services performed by McKay, Burton & Thurman as attorneys for the Trustee during the period December 5, 2005 through September 29, 2006, showing the services rendered, the attorney who performed the service, and the amount of time expended, all in accordance Bankruptcy Code section 330.

3

D.    Summary of Services.

10.    The cost of services rendered by the attorneys and staff of McKay, Burton & Thurman is comparable to the cost of like services customarily rendered by attorneys in Salt Lake City, Utah, for similar work performed on behalf of private clients in cases other than cases under the Bankruptcy Code.

11.    The following is a summary of the time expended by each employee of McKay, Burton & Thurman, the hourly rate for each individual and the total compensation amount requested for each individual by this application:

| Professional | Hours | Hourly Rate | Extended Amount |
|---|---|---|---|
| Joel T. Marker | 102.40 | 250.00 | 25,600.00 |
| Stephen W. Rupp | 14.50 | 235.00 | 3,407.50 |
| Jeremy C. Sink | 6.00 | 135.00 | 810.00 |
| **TOTAL:** | **122.90** | | **$29,817.50** |

12.    The undersigned shareholder of McKay, Burton & Thurman hereby certifies that the Trustee has received, reviewed and approved this application.

WHEREFORE, McKay, Burton & Thurman respectfully requests:

1.    An order allowing payment of compensation to McKay, Burton &  Thurman for actual and necessary services rendered in the amount of $29,817.50 for the period

4

December 5, 2005 through September 29, 2006, in accordance with Bankruptcy Code sections 330

and 331; and

      2.     For such other and further relief as the Court deems appropriate.

DATED this 2nd day of October, 2006.

McKAY, BURTON & THURMAN

By:_____/S/_____
     Joel T. Marker
     Attorneys for Joel T. Marker, Trustee

**Summary of Time and Expenses of the Law Firm of McKay, Burton & Thurman**
**December 5, 2005 through September 29, 2006**

| | | |
|---|---|---|
| | NAME OF APPLICANT: | McKay, Burton & Thurman |
| Fees Previously Requested  $0.00 | | |
| Fees Previously Awarded  $0.00 | | |
| | ROLE IN THE CASE: | Attorneys for Trustee |
| Expenses Previously Requested  $0.00 | | |
| Expenses Previously Awarded  $0.00 | | |
| | CURRENT APPLICATION | |
| | Fees Requested | $29,817.50 |
| Retainer Paid  $0.00 | Expenses Requested | $0.00 |

In re:  :  Chapter 7

Eurogas, Inc.,  :  Case No. 04-28075

Debtor.  :

**FEE APPLICATION**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **SHAREHOLDERS** | | | | |
| Joel T. Marker | 1984 | 102.40 | $250.00 | $  25,600.00 |
| Stephen W. Rupp | 1981 | 14.50 | $235.00 | 3,407.50 |
| Jeremy C. Sink | 2002 | 6.00 | $135.00 | 810.00 |
| **TOTAL** | | 122.90 | | $29,817.50 |

6

Printed: 09/29/06 02:30 PM

# Time Sheet Report

**McKAY, BURTON & THURMAN**
**Period: 01/01/00 - 02/24/07**

Page: 1

| Case No: | 04T-28075 | Case Name: Eurogas | | Petition Date: 05/18/04 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge: | William T. Thurman | 341a Meeting: 11/23/04 | 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | 12/05/05 | Review and respond to sale proposal and specific terms. | 0.80 | 250.000 | 200.00 |
| | | 12/07/05 | Review Smith 2004 pleadings and calendar dates. | 0.20 | 250.000 | 50.00 |
| | | 12/07/05 | Telephone conference Storm regarding sale process. | 0.20 | 250.000 | 50.00 |
| | | 12/15/05 | Review revised agreement to sell interest in subsidiaries and outline sale pleading issues. | 0.70 | 250.000 | 175.00 |
| | | 12/23/05 | Telephone conference Weisbart regarding sale procedure. | 0.20 | 250.000 | 50.00 |
| | | 12/27/05 | Review docket and files and outline and draft motion to sell assets to Consolidated, subject to higher bids. | 5.20 | 250.000 | 1,300.00 |
| | | 12/28/05 | Second draft of sale motion. | 2.10 | 250.000 | 525.00 |
| | | 12/28/05 | Revise sale motion and forward to Weisbart for comment. | 0.80 | 250.000 | 200.00 |
| | | 12/29/05 | Review files and fax to Weisbart and assemble notice list. | 0.70 | 250.000 | 175.00 |
| | | 12/29/05 | Telephone conference Freeman regarding bid process. | 0.20 | 250.000 | 50.00 |
| | | 12/31/05 | Review Consolidated 60(b) motion and exhibits. | 0.60 | 250.000 | 150.00 |
| | | 12/31/05 | Revise sale motion and form of notice. | 1.30 | 250.000 | 325.00 |
| | | 01/03/06 | Revise all pleadings and notices, set hearing and coordinate service on parties in interest, including email service of pdfs. | 2.60 | 250.000 | 650.00 |
| | | 01/04/06 | Review Smith/Consolidated stipulation and notes to file. | 0.20 | 250.000 | 50.00 |
| | | 01/04/06 | Respond to initial inquires on sale motion and serve Exhibit 1 by email. | 0.70 | 250.000 | 175.00 |
| | | 01/17/06 | Return calls and emails to Storm regarding auction. | 0.60 | 250.000 | 150.00 |
| | | 01/17/06 | Confirm receipt of Robertz deposit and followup with his counsel on further assurances. | 0.40 | 250.000 | 100.00 |
| | | 01/18/06 | Coordinate auction details and calls to Storm and Weisbart, email to Freeman. | 0.80 | 250.000 | 200.00 |
| | | 01/20/06 | Review Zimmer letter, attempt to reply and calls to Smith and Weisbart. | 0.60 | 250.000 | 150.00 |
| | | 01/20/06 | Telephone conferences Finlay and forward sale pleadings and notice. | 0.70 | 250.000 | 175.00 |
| | | 01/23/06 | Review Smith email and objection and telephone conferences Mabey and Freeman regarding sale procedures (1.2); docket receipt of Finlay deposit and verification of financial ability (.4). | 1.60 | 250.000 | 400.00 |
| | | 01/24/06 | Conference call Smith, Tate & Strong regarding sale objection. | 0.70 | 250.000 | 175.00 |
| | | 01/30/06 | Review Andraczke letter and followup call to Poland to interview president of subsidiaries. | 1.20 | 250.000 | 300.00 |
| | | 02/02/06 | Calendar all sale related dates and draft, revise and serve notice of sale hearing, auction and confirmation hearing. | 1.50 | 250.000 | 375.00 |
| | | 02/03/06 | Review and respond to Smith concerns (2); telephone conference Robertz | 0.40 | 250.000 | 100.00 |

# Time Sheet Report

## McKAY, BURTON & THURMAN

### Period: 01/01/00 - 02/24/07

| Case No: | 04T-28075 | | | Petition Date: 05/18/04 | |
|---|---|---|---|---|---|
| Case Type: Assets | | | | 341a Meeting: 11/23/04 | 02:30PM |

| Case Name: Eurogas | |
|---|---|
| Judge: | William T. Thurman |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | | | | | |
| | | | counsel (.1) and call to Jarvis (.1). | | | |
| | | 02/07/06 | Telephone conferences Finaly (.2) Weisbart (.2) and Inouye (.1) regarding sale hearing; begin trial preparation (3.2) | 3.60 | 250.000 | 900.00 |
| | | 02/08/06 | Review objections and docket and prepare reply in support of sale motion. | 3.20 | 250.000 | 800.00 |
| | | 02/09/06 | Prepare for sale hearing and forward necessary information to all parties. | 3.70 | 250.000 | 925.00 |
| | | 02/23/06 | Telephone conference White and Case attorneys regarding interest in Polska asset. | 0.40 | 250.000 | 100.00 |
| | | 03/01/06 | Revise proposed advertisment copy and draft and revise notice of auction and sale confirmation hearing. | 1.60 | 250.000 | 400.00 |
| | | 03/02/06 | Telephone conference Hunt (.1) regarding sale hearing and revise, file and serve auction notice and sale hearing (.6). | 0.70 | 250.000 | 175.00 |
| | | 03/03/06 | Telephone conference Finlay regarding sale process. | 0.30 | 250.000 | 75.00 |
| | | 03/07/06 | Telephone conference McCulliss regarding sale process. | 0.50 | 250.000 | 125.00 |
| | | 03/07/06 | Review all files and assemble due diligence/bid package. | 3.40 | 250.000 | 850.00 |
| | | 03/08/06 | Draft auction disclosures and procedures and forward to all bidders and interested parties. | 5.80 | 250.000 | 1,450.00 |
| | | 03/08/06 | Telephone conferences White and Case attorneys and revise bid package. | 0.60 | 250.000 | 150.00 |
| | | 03/09/06 | Review Tietze letter and affidavit and forward disclosures and procedures for auction. | 0.80 | 250.000 | 200.00 |
| | | 03/09/06 | Telephone conference Ginsburg and review and respons to document response. | 0.40 | 250.000 | 100.00 |
| | | 03/10/06 | Telephone conference Andraczke (.2) and review and respond to Storm inquiry (.7). | 0.90 | 250.000 | 225.00 |
| | | 03/11/06 | Review Benchmark inquiry and forward bid disclosure package. | 0.60 | 250.000 | 150.00 |
| | | 03/20/06 | Review and respond to Bach inquiry on auction and followup with Bach and Andraczke. | 0.70 | 250.000 | 175.00 |
| | | 03/20/06 | Provide support to interested parties and prepare auction materials. | 0.80 | 250.000 | 200.00 |
| | | 03/20/06 | Calls to Weisbart and Ginsberg regarding release issue. | 0.40 | 250.000 | 100.00 |
| | | 03/21/06 | Telephone conference RWE general manager, research company background and forward due diligence materials. | 1.20 | 250.000 | 300.00 |
| | | 03/22/06 | Telephone conferences Weisbart and Boley regarding release issue. | 0.50 | 250.000 | 125.00 |
| | | 03/22/06 | Draft, revise and file response to motion to reconsider. | 0.80 | 250.000 | 200.00 |
| | | 03/23/06 | Review proposed form of release and conference call Smith and Consolidated | 0.60 | 250.000 | 150.00 |

Printed: 09/29/06 02:30 PM

# Time Sheet Report

**McKAY, BURTON & THURMAN**
**Period: 01/01/00 - 02/24/07**

Page: 3

| Case No: | 04T-28075 | Case Name: | Eurogas | | Petition Date: 05/18/04 | |
| --- | --- | --- | --- | --- | --- | --- |
| Case Type: | Assets | Judge: | William T. Thurman | | 341a Meeting: 11/23/04    02:30PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Asset Disposition | Joel T. Marker | | to settle Rule 59 motion (.5); advise chambers of resolution of contested matter (.1). | 0.10 | 250.000 | 25.00 |
| | | 03/24/06 | Telephone conference Finlay regarding release. | 1.40 | 250.000 | 350.00 |
| | | 03/29/06 | Review auction notes and draft order confirming sales. | 1.50 | 250.000 | 375.00 |
| | | 03/29/06 | Revise draft of order confirming sales (.8) and meeting with Finlay on confirmation hearing (.7). | | | |
| | | 03/30/06 | Prepare for (4.7) and present sale confirmation evidence and order (1.7) and followup meeting with Finlay (.8). | 7.20 | 250.000 | 1,800.00 |
| | | 04/10/06 | Telephone conferences Boley, Finlay and Zakiewicz (.3); provide wire instructions and draft closing documents (1.8). | 2.10 | 250.000 | 525.00 |
| | | 04/10/06 | Further work on closing documents and forward to purchasers. | 1.50 | 250.000 | 375.00 |
| | | 04/11/06 | Check docket and request clerk confirmation of no appeal (.6); telephone conference Finlay regarding closing (.2); respond to Freeman (.1) and draft form of bill of sale (.5). | 1.40 | 250.000 | 350.00 |
| | | 04/11/06 | Followup with court clerk on lack of appeal and confirming email to Freeman. | 0.50 | 250.000 | 125.00 |
| | | 04/12/06 | Telephone conference Finlay regarding obligation to close. | 0.20 | 250.000 | 50.00 |
| | | 04/13/06 | Telephone conferences Boley (2) and Finlay (.1) and further closing matters (.6). | 0.90 | 250.000 | 225.00 |
| | | 04/17/06 | Work on revisions to transfer documents requested by Consolidated. | 1.60 | 250.000 | 400.00 |
| | | 04/18/06 | Complete closing documents requested by Consolidated. | 1.10 | 250.000 | 275.00 |
| | | 04/18/06 | Telephone conference Finlay and forward proposed forms of assignments. | 0.40 | 250.000 | 100.00 |
| | | 04/20/06 | Draft Sinofirst assignments and releases and forward to Finlay for review. | 2.80 | 250.000 | 700.00 |
| | | 04/20/06 | Call to Finlay regarding documents. | 0.40 | 250.000 | 100.00 |
| | | 04/29/06 | Review Robertz pleadings to set aside sale to Sinofirst, note concerns and telephone conference Finlay regarding need to respond (.8); forward pleadings to parties in interest and contact Penrod Keith regarding hearing (.3); schedule dates (.1). | 1.20 | 250.000 | 300.00 |
| | | 05/02/06 | Prepare for deposition and May 4th hearings. | 2.10 | 250.000 | 525.00 |
| | | 05/03/06 | Prepare for and attend deposition of David Finlay and review documents for hearing. | 3.80 | 250.000 | 950.00 |
| | | 05/04/06 | Prepare for (3.5) and attend hearing on motions by Robertz and Sinofirst (5.8). | 9.40 | 250.000 | 2,350.00 |
| | | 05/05/06 | Meeting with Finlay and complete and deliver transfer documents. | 1.20 | 250.000 | 300.00 |
| | | 05/08/06 | Telephone conference Boley regarding Sinofirst closing (.1); draft and file order | 0.80 | 250.000 | 200.00 |

Printed: 09/29/06 02:30 PM

# Time Sheet Report
### McKAY, BURTON & THURMAN
### Period: 01/01/00 - 02/24/07

Page: 4

| Case No: 04T-28075 | Case Name: Eurogas | | Petition Date: 05/18/04 | | |
|---|---|---|---|---|---|
| Case Type: Assets | Judge: William T. Thurman | | 341a Meeting: 11/23/04 | | 02:30PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Disposition | Joel T. Marker | | denying Sinofirst motion to fix assignment (.7). | | | |
| | | 05/08/06 | Review Weisbart request and draft, revise and file notice of abandonment on litigation files. | 0.70 | 250.000 | 175.00 |
| | | 05/16/06 | Telephone conference Finlay and letter to Polish Oil and Gas Ministry. | 0.40 | 250.000 | 100.00 |
| | | | | 99.20 | | $24,800.00 |
| | Stephen W. Rupp | 02/01/06 | Meeting with Trustee, discuss background of case, prepare for sale hearing on February 9th. | 1.50 | 235.000 | 352.50 |
| | | 02/07/06 | Review case, prepare notes for sale hearing. | 1.20 | 235.000 | 282.00 |
| | | 02/08/06 | Prepare for sale hearing. | 1.00 | 235.000 | 235.00 |
| | | 02/09/06 | Prepare for and attend sale hearing; evidence presented. | 4.60 | 235.000 | 1,081.00 |
| | | 03/28/06 | Prepare for and attend auction; prepare notes. | 6.20 | 235.000 | 1,457.00 |
| | | | | 14.50 | | $3,407.50 |
| | | **Subtotal for Category: ASSET DISPOSITION** | | **113.70** | | **$28,207.50** |
| Claims Administration and Objections | Jeremy C. Sink | 06/05/06 | Research and begin draft of 2004 exam of accountant. | 2.10 | 135.000 | 283.50 |
| | | 06/06/06 | Finished subpoena of ex parte 2004 motion filed and served. | 1.50 | 135.000 | 202.50 |
| | | 06/08/06 | Telephone conference Cass Butler regarding subpoena. | 0.10 | 135.000 | 13.50 |
| | | 06/12/06 | Telephone conference Cass Butler regarding subpoena; telephone conference Trustee regarding 67 boxes of documents. | 0.20 | 135.000 | 27.00 |
| | | 06/20/06 | Telephone conference Cass Butler and Henroid regarding examining documents in storage. | 0.20 | 135.000 | 27.00 |
| | | 06/22/06 | Telephone conference Cass Butler regarding examining documents. | 0.10 | 135.000 | 13.50 |
| | | 06/27/06 | Telephone conference Cass Butler and Henroid; finalized time to review documents. | 0.20 | 135.000 | 27.00 |
| | | 07/05/06 | Review accounting records for tax files and claim information. | 1.30 | 135.000 | 175.50 |
| | | 07/07/06 | Received tax returns and forwarded to Joel Marker. | 0.10 | 135.000 | 13.50 |
| | | 08/02/06 | Telephone conference Cass Butler regarding document from accounting. | 0.10 | 135.000 | 13.50 |
| | | 08/03/06 | Telephone conference Jackie Henroid; needs additional documents from Butler. | 0.10 | 135.000 | 13.50 |
| | | | | 6.00 | | $810.00 |

Printed: 09/29/06 02:30 PM

# Time Sheet Report
## McKAY, BURTON & THURMAN

### Period: 01/01/00 - 02/24/07

Page: 5

| Case No: 04T-28075 | | Case Name: Eurogas | | Petition Date: 05/18/04 | | |
|---|---|---|---|---|---|---|
| Case Type: Assets | | Judge: William T. Thurman | | 341a Meeting: 11/23/04   02:30PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Fee/Employment Applications | Joel T. Marker | 12/02/05 | Draft and revise attorney employment pleadings. | 0.60 | 250.000 | 150.00 |
| | | 05/01/06 | Review Miller affidavit of disinterestedness and draft employment pleadings for accountants. | 0.70 | 250.000 | 175.00 |
| | | 09/29/06 | Prepare time entries (.8) and draft attorney fee application (1.1). | 1.90 | 250.000 | 475.00 |
| | | | | 3.20 | | $800.00 |
| Subtotal for Category: FEE/EMPLOYMENT APPLICATIONS | | | | 3.20 | | $800.00 |
| Subtotal for Category: CLAIMS ADMINISTRATION AND OBJECTIONS | | | | 6.00 | | $810.00 |
| Total for Case: 04T-28075 | | | | 122.90 | | $29,817.50 |
| | | | | 122.90 | | $29,817.50 |
| **Grand Total:** | | | | 122.90 | | $29,817.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | First and Final Application for |
| | ) | Compensation for |
| | ) | Accountant to the Trustee |
| Eurogas, Inc. | ) | Bankruptcy No. 04T-28075 |
| | ) | |
| | ) | |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |

FIRST AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR ALLOWANCE OF COMPENSATION
AS AN ADMINISTRATIVE EXPENSE

TO:   THE HONORABLE JUDGE WILLIAM T. THURMAN, UNITED STATES
BANKRUPTCY JUDGE:

The application of PricewaterhouseCoopers L.L.P. ("Applicant"), Accountants for the Trustee of the above referenced estate, respectfully represents:

1.   On the 18th day of May 2004, the above referenced debtors filed an involuntary Chapter 7 proceeding and Mr. Joel T. Marker was appointed as Trustee.

2.   Pursuant to an Application with the Court dated April 28, 2006, your Applicant was employed as the Accountant for the Trustee of the estate of the above named debtor.

3.   Pursuant to 11 U.S.C. § 328, Applicant makes this application for an allowance for reasonable compensation for services rendered by Applicant in this proceeding from April 28, 2006, through and including September 25, 2006.

4.   All services for which Applicant seeks compensation were performed for and on behalf of said bankruptcy estate and not on behalf of any other estate or individual creditor or other person, and no agreement or understanding exists between Applicant and any other persons for division of compensation.

## SUMMARY OF SERVICES RENDERED

5.    Applicant has rendered professional services to the Trustee, including the following:

a.    ASSET ANALYSIS - Business records of the prior accountants were reviewed in detail to identify possible assets of the company which were unknown to the Trustee.

b.    ACCOUNTING - Applicant has accumulated accounting data for calendar year 2002, 2003, 2004, 2005 and 2006.  This data was coded, compiled and summarized in order to produce the information necessary to prepare and file all obligatory tax filings for the estate to maintain compliance with applicable federal tax laws.

c.    TAX ISSUES - Prepared and filed Federal Form 1120, "U.S. Corporation Income Tax Return", and State of Utah Form TC-20, "Utah Corporation Franchise or Income Tax Return", and Nine Forms 5471, "Information Return of U.S. Persons With Respect to Certain Foreign Corporations" along with all accompanying forms and schedules for the years 2002, 2003, 2004, 2005 and 2006 for Eurogas, Inc. Prepared and filed requests for a determination of tax pursuant to 11 U.S.C. §505(b) for 2002, 2003, 2004, 2005 and 2006 for the federal and state taxing authorities.

## FUTURE SERVICE

6.    PricewaterhouseCoopers continues to provide ongoing accounting services as directed by the trustee.  Future services to be performed will consist of preparation of Forms 1099, dealing with tax questions, and answering questions of the debtor.  An amount of $300.00 has been included in this first and final fee application to pre-pay for these services.

## COMPENSATION PAID AND/OR PROMISED AND ITS SOURCE

7.    Your Applicant has received no payment and no promise for payment from any other source for services rendered or to be rendered in any capacity in connection with this case.

8.    There is no agreement or understanding between your Applicant and any other person for the sharing of the compensation to be received for the services rendered in this case.

## PERSONNEL

9.    The following PricewaterhouseCoopers personnel billed time in this application.  Total time billed by each person by project is included in Exhibit A.

| Personnel | Hourly Rate |
|---|---|
| Scott Pickett | $270 |
| Gil Miller | 225 |
| Stanley Vandertoolen | 225 |
| Darin Dallimore | 180 |
| Kesli Jensen | 160 |
| Jacqulyn Henroid | 115 |

## DISBURSEMENTS

10.    Your Applicant has been required to spend $633.47 as Accountant for the Trustee for the period April 28, 2006, through September 25, 2006, for copying documents, travel expenses, and for other actual and necessary expenses as outlined in detail on the itemizations of actual expenses attached hereto (Exhibit A).    Accordingly, the disbursements as Accountant for the Trustee for the period April 28, 2006, through September 25, 2006 are $633.47.

## EVALUATION OF SERVICES

11.    For the period April 28, 2006, through September 25, 2006, your Applicant has rendered services valued at $12,292.00 as Accountant for the Trustee in connection with the above matters.  This amount is based on services having been performed by various members of your Applicant's accounting firm and are itemized in detail on the attached time summary (Exhibit A).  Services have been rendered at the reasonable rates identified in the attached time summary.  Such rates are comparable to those charged by other accounting firms for comparable accounting services in the Salt Lake City, Utah accounting community for the time period indicated herein.

12.    In addition, the trustee has asked your Applicant to prepare Forms 1099, respond to notices from the taxing authorities, and resolve issues with the same.  Based on previous experience, your Applicant will render services valued at $300.00 to respond to notices from the taxing authorities and resolve issues with the same.

WHEREFORE, your Applicant prays that it be awarded and paid the sum of $12,592.00 for compensation for professional accounting services and $633.47 reimbursement of expenses incurred by your Applicant as accountant in this case for a total amount of $13,225.47 for the period April 28, 2006, through September 25, 2006. Your Applicant also requests payment of said approved fees and expenses.

DATED this 28th day of September, 2006.

Gil A. Miller
PricewaterhouseCoopers L.L.P.
Accountants for the Trustee

## **VERIFICATION**

STATE OF UTAH        )

                                    : ss.

County of Salt Lake    )

Gil A. Miller, being first duly sworn, says that he is a member of the accounting firm of PricewaterhouseCoopers L.L.P. The Applicant named in the foregoing First and Final Fee Application for Compensation for Accountant to the Trustee, that he has read the foregoing Application and knows the contents thereof, and that the same is true to his own knowledge.

_____
Gil A. Miller

SUBSCRIBED AND SWORN to before me this 28th day of September, 2006.

_____
Notary Public



Notary Public
JACQULYN J. HENROID
201 South Main Street, Suite 900
Salt Lake City, Utah 84111
My Commission Expires
August 23, 2010
State of Utah

**EXHIBIT A**

**Eurogas, Inc.**

Summary of Professional Services Rendered by PricewaterhouseCoopers
For the Period April 28, 2006 - September 25, 2006

| Project | Hours | Amount | Expenses | Future Fees | Total |
|---------|-------|--------|----------|-------------|-------|
| Asset Analysis | 9.60 | $1,137.00 | $0.00 | $0.00 | $1,137.00 |
| Case Administration | 6.30 | 823.50 | 0.00 | 0.00 | 823.50 |
| Fee / Employment | 7.90 | 1,062.50 | 0.00 | 0.00 | 1,062.50 |
| Tax Issues | 65.8 | 9,269.00 | 633.47 | 300.00 | 10,202.47 |
| TOTAL | 89.6 | $12,292.00 | $633.47 | $300.00 | $13,225.47 |

Billing Per Person:

| | Hours | Amount |
|---|-------|--------|
| Scott Pickett | 3.9 | $1,053.00 |
| Gil Miller | 2.2 | 495.00 |
| Stan VanderToolen | 9.4 | 2,115.00 |
| Darin Dallimore | 0.2 | 36.00 |
| Kesli Jensen | 2.1 | 336.00 |
| Jacqulyn Henroid | 71.8 | 8,257.00 |
| Total | 89.6 | $12,292.00 |

| | | |
|---|---|---|
| Blended rate per hour: | | $137.19 |

**Eurogas, Inc.**

**Billing Recap**
**April 28, 2006 - September 25, 2006**

**Project: Asset Analysis and Recovery**

Review case documents for potential
additional assets.

| Name | Classification | Rate | Hours | Amount |
|------|----------------|------|-------|--------|
| Gil Miller | Director | $225 | 0.30 | 67.50 |
| Jackie Henroid | Paraprofessional | 115 | 9.30 | 1,069.50 |
| | Total Professional Fees | | 9.60 | 1,137.00 |

Expenses:
Photocopies (0 @ .15)        0.00
Pacer charges                0.00
Total Expenses                              0.00

Total Fees & Expenses                  $1,137.00

**Eurogas, Inc.**
**April 28, 2006 - September 25, 2006**
**Asset Analysis**

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 05/17/06 | Jackie | Henroid | Paraprofessional | 0.2 | Forward document request to S. Avis of Hansen, Barnett & Maxwell. |
| 06/01/06 | Gil | Miller | Managing Director | 0.3 | Various attempts at contacting former accountants by phone and email (.2). Discuss same with J. Henroid (.1). |
| 06/01/06 | Jackie | Henroid | Paraprofessional | 0.2 | Review email to prior accountants (.1). Discuss status of records request with G. Miller (.1). |
| 06/06/06 | Jackie | Henroid | Paraprofessional | 0.3 | Review voice mail from J. Sink (.1). Telephone call with J. Sink regarding case matters related to document request (.2). |
| 06/15/06 | Jackie | Henroid | Paraprofessional | 0.2 | Review status regarding requests for examination of case documents. |
| 06/27/06 | Jackie | Henroid | Paraprofessional | 0.2 | Telephone call with J. Sink regarding meeting to review case documents (.1). Memo to file regarding same (.1). |
| 07/05/06 | Jackie | Henroid | Paraprofessional | 1.6 | Prepare for and meet with J. Sink and J. Marker to review case documents of debtor at storage facility. |
| 07/12/06 | Jackie | Henroid | Paraprofessional | 1.1 | Initial review of company assets and other investments on the books of company. |
| 08/01/06 | Jackie | Henroid | Paraprofessional | 3.2 | Review case documents received from prior accountant for possible assets unknown to the Trustee. |
| 08/02/06 | Jackie | Henroid | Paraprofessional | 2.3 | Review additional case documents for additional assets. |
| **Total** | | | | **9.6** | |

**Eurogas, Inc.**

**Billing Recap**
**April 28, 2006 - September 25, 2006**

**Project: Case Administration**

Coordination and compliance activities.

| Name | Classification | Rate | Hours | Amount |
|------|----------------|------|-------|--------|
| Gil Miller | Director | $225 | 0.90 | 202.50 |
| Jackie Henroid | Paraprofessional | 115 | 5.40 | 621.00 |
| | Total Professional Fees | | 6.30 | 823.50 |

Expenses:
| | | |
|------|------|------|
| Photocopies (0 @ .15) | 0.00 | |
| Pacer charges | 0.00 | |
| Total Expenses | | 0.00 |

| Total Fees & Expenses | $823.50 |
|------|------|

**Eurogas, Inc.**
**April 28, 2006 - September 25, 2006**
**Case Administration**

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 04/28/06 | Gil | Miller | Managing Director | 0.2 | Discussion with J. Henroid regarding new case. |
| 04/28/06 | Jackie | Henroid | Paraprofessional | 0.3 | Meeting with G. Miller regarding new case issues (.2). Memo to file regarding same (.1). |
| 05/10/06 | Jackie | Henroid | Paraprofessional | 1.1 | Telephone calls to clear relationship check (.3). Email and additional phone calls to clear conflicts (.8). |
| 05/11/06 | Jackie | Henroid | Paraprofessional | 1.2 | Additional research to clear relationship check (.8). Review correspondence related to relationship check (.4). |
| 05/12/06 | Gil | Miller | Managing Director | 0.6 | Various discussions with J. Henroid to clear relationship checks. |
| 05/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Search SEC filings for additional information (.7). Memo to file regarding same (.2). Discussion G. Miller regarding relationship check (.4). Final discussion with G. Miller to clear check (.2). |
| 05/17/06 | Gil | Miller | Managing Director | 0.1 | Discuss status of case and documents request with J. Henroid. |
| 05/17/06 | Jackie | Henroid | Paraprofessional | 0.5 | Telephone call to obtain case information (.2). Review case documents on Pacer related to employment (.2). Discuss case status with G. Miller (.1). |
| 05/24/06 | Jackie | Henroid | Paraprofessional | 0.2 | Update case files. |
| 05/25/06 | Jackie | Henroid | Paraprofessional | 0.3 | Update case status. |
| 06/28/06 | Jackie | Henroid | Paraprofessional | 0.1 | Update case files. |
| 08/16/06 | Jackie | Henroid | Paraprofessional | 0.1 | Telephone call to J. Marker to provide case update. |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 0.1 | Telephone call to J. Marker to update case status. |
| **Total** | | | | **6.3** | |

## Eurogas, Inc.

### Billing Recap
### April 28, 2006 - September 25, 2006

### Project: Fee / Employment Applications

Preparation of employment and fee applications.

| Name | Classification | Rate | Hours | Amount |
|------|----------------|------|-------|--------|
| Gil Miller | Director | $225 | 1.00 | 225.00 |
| Stan VanderToolen | Director | 225 | 0.40 | 90.00 |
| Jackie Henroid | Paraprofessional | 115 | 6.50 | 747.50 |
| | Total Professional Fees | | 7.90 | 1,062.50 |

| | | |
|---|---|---|
| Expenses: | | |
| Photocopies (0 @ .15) | 0.00 | |
| Pacer charges | 0.00 | |
| Total Expenses | | 0.00 |
| Total Fees & Expenses | | $1,062.50 |

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Fee / Employment Applications

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 04/28/06 | Gil | Miller | Managing Director | 0.2 | Review and sign affidavit for employment. |
| 04/28/06 | Jackie | Henroid | Paraprofessional | 0.7 | Preparation of affidavit for employment (.3). Present affidavit for director's signature (.2). Sign and notarize same (.1). Update case files (.1). |
| 08/04/06 | Gil | Miller | Managing Director | 0.3 | Discussions with J. Henroid regarding estimated billing and time requirements for tax preparation. |
| 08/04/06 | Stan | Vandertoolen | Managing Director | 0.4 | Meeting with J. Henroid to review estimated billing and time frame to complete project. |
| 08/04/06 | Jackie | Henroid | Paraprofessional | 2.9 | Preparation of estimated billing and memo to J. Marker including meetings with G. Miller and S. Vandertoolen (2.7). Discuss final draft with S. Vandertoolen (.2). |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 1.4 | Review time charges and descriptions for fee application preparation. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.9 | Preparation of first and final fee application. |
| 09/25/06 | Gil | Miller | Managing Director | 0.3 | Review fee applications and indicate changes to be made. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.2 | Changes to fee application per review notes. |
| 09/25/06 | Gil | Miller | Managing Director | 0.2 | Final review and sign first and final fee application. |
| 09/25/06 | Jackie | Henroid | Paraprofessional | 0.4 | Sign and notarize fee application (.1). Prepare same to forward to Trustee for filing (.2). Update case status (.1). |
| **Total** | | | | **7.9** | |

**Eurogas, Inc.**

**Billing Recap**
**April 28, 2006 - September 25, 2006**

**Project: Tax issues**

Analysis of tax issues and preparation
of Federal and State of Utah tax returns.

| Name | Classification | Rate | Hours | Amount |
|------|----------------|------|-------|--------|
| Scott Pickett | Partner | $270 | 3.90 | $1,053.00 |
| Stan VanderToolen | Director | 225 | 9.00 | 2,025.00 |
| Darin Dallimore | Sr. Associate | 180 | 0.20 | 36.00 |
| Kesli Jensen | Associate | 160 | 2.10 | 336.00 |
| Jackie Henroid | Paraprofessional | 115 | 50.60 | 5,819.00 |
| | Total Professional Fees | | 65.80 | 9,269.00 |

| | | | |
|---|---|---|---|
| Expenses: | | | |
| Photocopies (4,141 @ .15) | 621.15 | | |
| Pacer charges | 12.32 | | |
| Total Expenses | | | 633.47 |
| Total Fees & Expenses | | | $9,902.47 |
| Future Fees | | | $300.00 |
| Final Total | | | $10,202.47 |

## Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 05/23/06 | Jackie | Henroid | Paraprofessional | 0.2 | Voice mail message to prior accountant to obtain records. |
| 06/16/06 | Jackie | Henroid | Paraprofessional | 0.2 | Telephone conference with Trustee related to request for tax returns (.1). Voice mail message to IRS to request information of filed returns (.1). |
| 06/19/06 | Jackie | Henroid | Paraprofessional | 0.4 | Telephone call with IRS agent regarding request for tax information (.1). Memo to file regarding same (.1). Voice mail message to Trustee for case update (.1). Update case files (.1). |
| 07/12/06 | Jackie | Henroid | Paraprofessional | 0.6 | Retrieve tax documents from diskette provided by prior accountants (.3). Telephone conference with J. Marker regarding same (.2). Memo to file (.1). |
| 08/02/06 | Jackie | Henroid | Paraprofessional | 0.5 | Prepare for and meet with S. Vandertoolen regarding tax preparation. |
| 08/02/06 | Stan | Vandertoolen | Managing Director | 0.5 | Discussion with J. Henroid regarding corporation tax and Forms 5471 preparation. |
| 08/03/06 | Stan | Vandertoolen | Managing Director | 0.2 | Additional discussion with J. Henroid regarding required documentation for tax preparation. |
| 08/03/06 | Jackie | Henroid | Paraprofessional | 2.7 | Additional review of prior year tax returns and work papers (1.4). Preparation of tax return binders (1.1). Additional meeting regarding tax preparation with S. Vandertoolen (.2). |
| 08/04/06 | Jackie | Henroid | Paraprofessional | 0.4 | Telephone calls to counsel of prior accountant to request additional tax information. |
| 08/16/06 | Jackie | Henroid | Paraprofessional | 0.3 | Telephone conferences with prior accountants office regarding request for additional information. |
| 08/17/06 | Jackie | Henroid | Paraprofessional | 3.8 | Initial preparation of 2002 Federal returns including nine Forms 5471. |
| 08/18/06 | Jackie | Henroid | Paraprofessional | 2.2 | Finalize preparation of 2002 Federal and State returns and forward for initial review. |
| 08/22/06 | Kesli | Jensen | Associate | 0.3 | Meeting with J. Henroid to discuss review of initial returns. |
| 08/22/06 | Jackie | Henroid | Paraprofessional | 0.9 | Update and index case binders (.6). Discuss review of 2002 returns with K. Jensen (.3). |
| 08/23/06 | Kesli | Jensen | Associate | 1.8 | Review Federal and State of Utah returns for 2002 for accuracy and consistency with prior year returns filed with the Internal Revenue Service (1.6).  Discuss changes and issues with J. Henroid (.2). |

## Eurogas, Inc.
### April 28, 2006 - September 25, 2006
### Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 08/23/06 | Jackie | Henroid | Paraprofessional | 2.1 | Discuss review notes with K. Jensen (.2). Preparation of disclosure statements to accompany the Form 5471 filings (.4). Initial preparation of disclosure statements to accompany the 2002 and 2003 no activity returns (.7). Preparation of supplemental schedules to include with 5471 (.8). |
| 08/23/06 | Jackie | Henroid | Paraprofessional | 4.3 | Preparation of working trial balance for 2002 (.5). Preparation of working trial balance for 2003 (.2). Finalize changes to 2002 Federal and State of Utah returns (2.4). Preparation of 2003 Federal and State of Utah returns for review (1.2). |
| 08/24/06 | Jackie | Henroid | Paraprofessional | 0.8 | Initial preparation of additional work papers for tax return preparation (.7). Telephone call to J. Marker to update status of 2002 and 2003 returns (.1). |
| 08/30/06 | Jackie | Henroid | Paraprofessional | 1.4 | Preparation of working trial balance for 2004 and 2005 tax returns (.6). Initial preparation of journal entries for 2006 (.4). Update trial balances regarding same (.3). Update case files (.1). |
| 09/05/06 | Jackie | Henroid | Paraprofessional | 1.3 | Changes to 2002 returns per review notes (.7). Changes to disclosure statements for 2002 and 2003 (.6). |
| 09/05/06 | Stan | Vandertoolen | Managing Director | 0.5 | Meeting with J. Marker to discuss tax issues. |
| 09/05/06 | Stan | Vandertoolen | Managing Director | 1.5 | Initial review of 2002 & 2003 corporate tax returns including Forms 5471. |
| 09/06/06 | Stan | Vandertoolen | Managing Director | 0.5 | Discuss review notes and 5471 issues with J. Henroid. |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 3.7 | Meeting with S. Vandertoolen to discuss review notes and future year tax returns (.5). Additional changes to 2002 returns per discussion (1.3). Additional changes to 2003 returns per discussion (1.1). Changes to 2002 and 2003 disclosure statements (.8) |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 3.4 | Prepare changes to working trial balance for 2004 (.9). Preparation of 2004 Federal and State of Utah returns (1.8). Prepare 2004 disclosures and related schedules (.7). |
| 09/06/06 | Jackie | Henroid | Paraprofessional | 2.9 | Prepare changes to working trial balance for 2005 (.2). Preparation of 2005 Federal and State of Utah returns (1.8). Prepare 2004 disclosures and related schedules (.6). Preparation of schedules to accompany State of Utah returns (.3). |

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|---|---|---|---|---|---|
| 09/07/06 | Stan | Vandertoolen | Managing Director | 3.2 | Review Federal and state returns including Forms 5471 (9) for tax years 2002-2005. |
| 09/07/06 | Darin | Dallimore | Sr. Associate | 0.2 | Discuss State of Utah tax requirements with J. Henroid. |
| 09/07/06 | Jackie | Henroid | Paraprofessional | 0.9 | Review State of Utah tax requirements (.5). Discuss same with D. Dallimore (.2). Change to 2002 and 2003 Federal returns (.2). |
| 09/11/06 | Scott | Pickett | Partner | 2.1 | Partner review and sign 2001, 2002, 2003 and 2004 returns (1.9). Discuss review notes with J. Henroid (.2). |
| 09/11/06 | Jackie | Henroid | Paraprofessional | 1.5 | Discussion regarding review notes with S. Pickett (.2).Changes to 2004 returns per review notes (.7). Changes to 2005 returns per review notes (.6). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.7 | Preparation of 505(b) letters for 2002 (.3). Final preparation of 2002 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.4). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Preparation of 505(b) letters for 2003 (.2). Final preparation of 2003 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.6 | Preparation of 505(b) letters for 2004 (.2). Final preparation of 2002 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). Update case files (.1). |
| 09/12/06 | Jackie | Henroid | Paraprofessional | 1.5 | Preparation of 505(b) letters for 2005 (.2). Final preparation of 2005 Federal and State of Utah returns including Forms 5471 (9) for filing with taxing authorities (1.3). |
| 09/13/06 | Jackie | Henroid | Paraprofessional | 5.9 | Update case status (.1). Preparation of work papers for 2006 Final returns (1.4). Preparation of  2006 Federal and State of Utah returns including Forms 5471 (3.6). Changes to 2006 disclosures (.8). |
| 09/14/06 | Stan | Vandertoolen | Managing Director | 2.6 | Review 2006 Federal and State of Utah returns including 5471's. |
| 09/14/06 | Jackie | Henroid | Paraprofessional | 1.2 | Changes to 2006 returns per initial review. |
| 09/15/06 | Jackie | Henroid | Paraprofessional | 0.2 | Update case files. |
| 09/20/06 | Scott | Pickett | Partner | 1.8 | Partner review and sign 2006 returns. |
| 09/20/06 | Jackie | Henroid | Paraprofessional | 1.2 | Final preparation of 2006 Federal and State of Utah returns for filing with taxing authorities. |

# Eurogas, Inc.
## April 28, 2006 - September 25, 2006
## Tax Issues

| Work Date | First Name | Last Name | Staff Class | Hours Amount | Description of Hours |
|-----------|-----------|-----------|-------------|--------------|----------------------|
| 09/21/06 | Jackie | Henroid | Paraprofessional | 1.3 | Finalize preparation of 2006 returns for filing (.7). Present and discuss tax returns with Trustee (.6). |
| **Total** | | | | **65.8** | |

EXHIBIT B
EXPENSES OF ADMINISTRATION (Chapter 7)

In re:    EUROGAS, INC.                                    Case no.: 04-28075

| AUTHORITY: 11 U.S.C. | AMOUNT CLAIMED | AMOUNT ALLOWED | PREVIOUSLY DISTRIBUTED* | BALANCE |
|---|---|---|---|---|
| 1. §1930 Costs & Fees | | | | |
| §507(a)(1), §1930(b) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| §507(a)(1), §1930(a)(6) | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. For Superseded Estate | | | | |
| §364(c)(1), §507(b) | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Preservation of Estate | | | | |
| §503(b)(1) | | | | |
| a. Storage | 0.00 | 0.00 | 0.00 | 0.00 |
| b. Security | 0.00 | 0.00 | 0.00 | 0.00 |
| c. Insurance | 0.00 | 0.00 | 0.00 | 0.00 |
| d. Separate Case Bond | 0.00 | 0.00 | 0.00 | 0.00 |
| e. Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Post-Petition Taxes & Related Penalties | | | | |
| §503(b)(1)(B) & (C) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Compensation and Reimbursement | | | | |
| §503(b)(2), (3) & (4) | | | | |
| a. Trustee Compensation | 20,826.50 | 20,826.50 | 0.00 | 20,826.50 |
| b. Trustee Expenses | 9,922.91 | 9,922.91 | 0.00 | 9,922.91 |
| c. Trustee's Atty Comp. | 29,817.50 | 29,817.50 | 0.00 | 29,817.50 |
| d. Trustee's Atty Exps. | 0.00 | 0.00 | 0.00 | 0.00 |
| e. Debtor's Atty Comp. | 0.00 | 0.00 | 0.00 | 0.00 |
| f. Debtor's Atty Exps. | 0.00 | 0.00 | 0.00 | 0.00 |
| g. Trustee's Accountant | 13,225.47 | 13,225.47 | 0.00 | 13,225.47 |
| h. Debtor's Accountant | 0.00 | 0.00 | 0.00 | 0.00 |
| i. Special Counsel | 0.00 | 0.00 | 0.00 | 0.00 |
| j. Appraiser | 0.00 | 0.00 | 0.00 | 0.00 |
| k. Real Estate Agent | 0.00 | 0.00 | 0.00 | 0.00 |
| l. Broker | 0.00 | 0.00 | 0.00 | 0.00 |
| m. Auctioneer | 0.00 | 0.00 | 0.00 | 0.00 |
| n. Outside Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
| o. Outside Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| p. Harvester | 0.00 | 0.00 | 0.00 | 0.00 |
| q. Other Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| r. Special Consultant | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Other Admin Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | $ 73,792.38 | $ 73,792.38 | $ 0.00 | $ 73,792.38 |

* ORDERS AUTHORIZING DISTRIBUTION ARE ATTACHED

<u>EXHIBIT C</u>
PRIORITY CLAIMS OTHER THAN ADMINISTRATIVE EXPENSES
IN ORDER OF PRIORITY

In re:    EUROGAS, INC.                                    Case no.:  04-28075

| AUTHORITY: 11 U.S.C. | AMOUNT CLAIMED | AMOUNT ALLOWED | PREVIOUSLY DISTRIBUTED* | BALANCE |
|---|---|---|---|---|
| 1. "Gap Claims" §507(a)(2) | $ | $ | $ | $ |
| 2. Wages §507(a)(3) | | | | |
| 3. Contributions to Benefit Plans §507(a)(4) | | | | |
| 4. Claims of Farmers and Fishermen §507(a)(5) | | | | |
| 5. Consumer Deposits §507(a)(6) | | | | |
| 6. Alimony/Child Supp. §507(a)(7) | | | | |
| 7. Taxes §507(a)(8) | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Capital Contribution to FDIC Insured Depositories §507(a)(9) | | | | |
| TOTAL | $        0.00 | $        0.00 | $        0.00 | $        0.00 |

* ORDER(S) AUTHORIZING ANY INTERIM DISTRIBUTIONS ARE ATTACHED

EXHIBIT B
**PROPOSED DISTRIBUTION**
**ATTACHMENT: CLAIMS REGISTER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**Central**

In re:
EUROGAS, INC.

CASE NO. 04-28075 WTT
CHAPTER 7

Debtor(s)

| | | |
|---|---|---|
| **TOTAL RECEIPTS** | $ 717,044.23 | |
| Less Exemptions | ( 0.00) | |
| Less Non-estate Funds Paid to 3rd Parties | ( 0.00) | |
| Plus: Additional receipts expected up to distribution date (listed below) | 0.00 | |
| **TOTAL ESTATE FUNDS COLLECTED** | | $ 717,044.23 |

| PROPOSED DISTRIBUTION | Allowed | Previously Paid | Proposed Payment | Total % Distrib. | |
|---|---|---|---|---|---|
| **Secured Claims (§364(d), 506(a))\*** | 0.00 | 0.00 | 0.00 | 0.00% | $ 0.00 |
| **§ 507 (a)(1) Unpaid Administrative Expenses and Fees - Chapter 7** | | | | | |
| Court Costs & Fees | 0.00 | 0.00 | 0.00 | | |
| Trustee Accountants Comp. & Expenses | 13,225.47 | 0.00 | 13,225.47 | | |
| Trustee Compensation & Expenses | 30,749.41 | 0.00 | 30,749.41 | | |
| Other Administrative Expenses | 29,817.50 | 0.00 | 29,817.50 | | |
| U. S. Trustee Fees | 0.00 | 0.00 | 0.00 | | |
| TOTAL CH. 7 ADMINISTRATIVE EXPENSES | 73,792.38 | 0.00 | 73,792.38 | 100.00% | $ 73,792.38 |
| **§507 (a)(1) Administrative Expenses - Previous Chapter** | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00% | $ 0.00 |
| **Priority Claims** | | | | | |
| §507(a)(2) -- "Gap" Claims | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(3) -- Wages (Summary attached) | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(4) -- Employee Benefit Plans | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(5) -- Farmers/Fishermen | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(6) -- Consumer Deposits | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(7) -- Alimony/Child Support | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(8) -- Taxes | 0.00 | 0.00 | 0.00 | 0.00% | |
| §507(a)(9) -- FDIC | 0.00 | 0.00 | 0.00 | 0.00% | |
| TOTAL PRIORITY CLAIMS | 0.00 | 0.00 | 0.00 | 0.00% | $ 0.00 |
| **Unsecured Claims** | | | | | |
| §726 (a)(2) Timely Filed Unsecured Claims | 114,230,189.74 | 0.00 | 643,251.85 | 0.56% | |
| §726 (a)(3) Tardily Filed Unsecured Claims | 0.00 | 0.00 | 0.00 | 0.00% | |
| Rule 3002(c)(6) Surplus Notice Claims | 0.00 | 0.00 | 0.00 | 0.00% | |
| §726(a)(4) Fines, Penalties & Damages | 0.00 | 0.00 | 0.00 | 0.00% | |
| Subordinated Claims | 0.00 | 0.00 | 0.00 | 0.00% | |
| §726 (a)(5) Interest as Legal Rate: 0.00% | 0.00 | 0.00 | 0.00 | 0.00% | |
| Total Interest Paid | 0.00 | 0.00 | 0.00 | 0.00% | |
| TOTAL UNSECURED CLAIMS | 114,230,189.74 | 0.00 | 643,251.85 | 0.56% | $ 643,251.85 |

| | |
|---|---|
| **TOTAL SECURED, PRIORITY AND UNSECURED CLAIMS PAID** | $ 643,251.85 |
| **TOTAL PAID OUT FOR ADMINISTRATIVE EXPENSES AND CREDITORS** | $ 717,044.23 |
| **SURPLUS RETURNED TO DEBTOR OR EQUITY HOLDERS** | $ 0.00 |

\*Attach §724(b) analysis, if applicable

May 1995

# Claims Proposed Distribution

## Case:  04-28075   EUROGAS, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $717,044.23      **Total Proposed Payment:** $717,044.23      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JOEL T. MARKER | Admin Ch. 7 | 9,922.91 | 9,922.91 | 0.00 | 9,922.91 | 9,922.91 | 707,121.32 |
| | JOEL T. MARKER | Admin Ch. 7 | 20,826.50 | 20,826.50 | 0.00 | 20,826.50 | 20,826.50 | 686,294.82 |
| | McKAY, BURTON & THURMAN | Admin Ch. 7 | 29,817.50 | 29,817.50 | 0.00 | 29,817.50 | 29,817.50 | 656,477.32 |
| | PRICEWATERHOUSECOOPERS, L.L.P. | Admin Ch. 7 | 633.47 | 633.47 | 0.00 | 633.47 | 633.47 | 655,843.85 |
| | PRICEWATERHOUSECOOPERS, L.L.P. | Admin Ch. 7 | 12,592.00 | 12,592.00 | 0.00 | 12,592.00 | 12,592.00 | 643,251.85 |
| 1 | W. Steve Smith | Unsecured | 113,371,837.65 | 113,371,837.65 | 0.00 | 113,371,837.65 | 638,418.26 | 4,833.59 |
| 2 | Mark A. Weisbart | Unsecured | 175,594.45 | 175,594.45 | 0.00 | 175,594.45 | 988.82 | 3,844.77 |
| 3 | O & F Proinvest AG | Unsecured | 240,181.00 | 240,181.00 | 0.00 | 240,181.00 | 1,352.51 | 2,492.26 |
| 5 | Hansen, Barnett & Maxwell | Unsecured | 144,192.19 | 144,192.19 | 0.00 | 144,192.19 | 811.98 | 1,680.28 |
| 6 | Internal Revenue Service/Utah | Unsecured | 6,574.57 | 6,574.57 | 0.00 | 6,574.57 | 37.03 | 1,643.25 |
| 8 | MB Modus GmbH | Unsecured | 291,809.88 | 291,809.88 | 0.00 | 291,809.88 | 1,643.25 | 0.00 |

**Total for Case 04-28075 :**  114,303,982.12  114,303,982.12  $0.00  114,303,982.12  $717,044.23

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $73,792.38 | $73,792.38 | $0.00 | $73,792.38 | 100.000000% |
| Total Unsecured Claims : | 114,230,189.74 | 114,230,189.74 | $0.00 | $643,251.85 | 0.563119% |

Page: 1

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-28075 WTT
**Case Name:** EUROGAS, INC.

**Period Ending:** 09/29/06

**Trustee: (640080)**       JOEL T. MARKER
**Filed (f) or Converted (c):** 05/18/04 (f)
**§341(a) Meeting Date:** 11/23/04
**Claims Bar Date:** 07/28/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | EuroGas Polska Sp.zo.o (u) | Unknown | 375,000.00 | | 390,000.00 | FA |
| 2 | Globe Gas B.V. (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 3 | Pol-Tex Methane, Sp.zo.o (u) | Unknown | 325,000.00 | | 325,000.00 | FA |
| 4 | Mckenzie Methane (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,044.23 | FA |
| 5 | **Assets   Totals** (Excluding unknown values) | **$0.00** | **$715,000.00** | | **$732,044.23** | **$0.00** |

**Major Activities Affecting Case Closing:**
None

**Initial Projected Date Of Final Report (TFR):**   June 30, 2006          **Current Projected Date Of Final Report (TFR):**   September 29, 2006  (Actual)

Printed: 09/29/2006 03:10 PM          V.8.12

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-28075 WTT | | Trustee: | JOEL T. MARKER (640080) |
|---|---|---|---|---|
| Case Name: | EUROGAS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 87-0427676 | | Account: | ***-****56-65 - Money Market Account |
| Period Ending: | 09/29/06 | | Blanket Bond: | $76,710,000.00  (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/28/06 | {1} | Sinofirst Trading and Capital Corp. | Good faith deposit - EuroGas Polska | | 1290-000 | 15,000.00 | | 15,000.00 |
| 03/28/06 | {3} | Seven Rocks of California | Good faith deposit - Pol-Tex Methane | | 1290-000 | 15,000.00 | | 30,000.00 |
| 03/30/06 | {1} | Debit Override adjustment | Debit Override adjustment | | 1290-000 | -15,000.00 | | 15,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 0.50 | | 15,000.50 |
| 04/13/06 | | Consolidated Seven Rocks Mining, Ltd | Pol-Tex Methane, Sp.zo.o | | | 315,000.00 | | 330,000.50 |
| | {3} | | | 310,000.00 | 1290-000 | | | 330,000.50 |
| | {4} | | | 5,000.00 | 1290-000 | | | 330,000.50 |
| 04/18/06 | | Sinofirst Trading and Capital Corp./David Finlay | Funds wire transfer credit - EuroGas Polska 359,985 and Globe Gas B.V. $10,000 purchase | | | 369,985.00 | | 699,985.50 |
| | {1} | | | 359,985.00 | 1290-000 | | | 699,985.50 |
| | {2} | | | 10,000.00 | 1290-000 | | | 699,985.50 |
| 04/20/06 | {1} | Sinofirst Trading and Capital Corp/David Finlay | Funds wire transfer credit - EuroGas Polska Sp.zo.o purchase | | 1290-000 | 15,015.00 | | 715,000.50 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 242.85 | | 715,243.35 |
| 05/10/06 | {1} | The Toronto-Dominion Bank | Bid deposit to be returned to Falcon Energy | | 1290-000 | 7,500.00 | | 722,743.35 |
| 05/10/06 | {1} | The Toronto-Dominion Bank | Bid deposit to be returned to Falcon Energy | | 1290-000 | 7,500.00 | | 730,243.35 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 492.69 | | 730,736.04 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 480.59 | | 731,216.63 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 496.99 | | 731,713.62 |
| 08/02/06 | | Falcon Energy Holding Corp. | Wired deposit funds | | 5600-000 | | 15,000.00 | 716,713.62 |
| 08/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | | 1270-000 | 330.61 | | 717,044.23 |
| 08/22/06 | | To Account #*****5666 | Transfer funds from money market to checking | | 9999-000 | | 717,044.23 | 0.00 |
| | | | **Subtotals :** | | | $732,044.23 | $717,044.23 | |
| | | | | | | $732,044.23 | | |

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-28075
**Case Name:** EUROGAS, INC.

**Taxpayer ID #:** 87-0427676
**Period Ending:** 09/29/06

**Trustee:** JOEL T. MARKER (64080)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****56-65 - Money Market Account
**Blanket Bond:** $76,710,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 04-28075 WTT<br>EUROGAS, INC. | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 732,044.23 | 732,044.23 | |
| | | | Less: Bank Transfers | | 0.00 | 717,044.23 | |
| | | | Subtotal | | 732,044.23 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $732,044.23 | $15,000.00 | |

{} Asset reference(s)

Printed: 09/29/2006 03:10 PM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-28075
**Case Name:** EUROGAS, INC.

**Taxpayer ID #:** 87-0427676
**Period Ending:** 09/29/06

**Trustee:** JOEL T. MARKER (640080)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****56-66 - Checking Account
**Blanket Bond:** $76,710,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/06 | | From Account #*******5665 | Transfer funds from money market to checking | 9999-000 | 717,044.23 | | 717,044.23 |
| | | | **ACCOUNT TOTALS** | | 717,044.23 | 0.00 | $717,044.23 |
| | | | Less: Bank Transfers | | 717,044.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts :      732,044.23

Net Estate :      $732,044.23

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-****56-65 | 732,044.23 | 15,000.00 | 0.00 |
| Checking # ***-****56-66 | 0.00 | 0.00 | 717,044.23 |
| | $732,044.23 | $15,000.00 | $717,044.23 |

{} Asset reference(s)

Printed: 09/29/2006 03:10 PM    V.8.12



**CHASE**

August 1 - August 31 ,20066
**Page 1 of 6**

312-00312-E000-00312- H      -113-9-03-W X -1 00-

04-28075 EUROGAS INC
DEBTOR
#640080 JOEL MARKER TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK                    NY   10004

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-0682856-66

Number of Checks Paid: 0

# OVERVIEW

## Deposit Accounts - JPMorgan Chase Bank, N.A. ("Bank")

| Checking | Opening Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| BusinessCustom Checking 312-0682856-66 | 0.00 | 717,044.23 | 0.00 | 717,044.23 |
| Bankruptcy MMA 312-0682856-65 | 731,713.62 | 330.61 | 732,044.23 | 0.00 |
| **Total** | **731,713.62** | **717,374.84** | **732,044.23** | **717,044.23** |

**THIS ENDS YOUR STATEMENT OVERVIEW**

**Bankruptcy Management Services at CHASE ˢᵐ**