UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central

| In re:<br>EUROGAS, INC.<br><br>Debtor | CASE NO. 04-28075 WTT<br>CHAPTER 7 |
|---|---|

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION
AND NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST:**

1. The Trustee's Final Report and Account Before Distribution has been filed and is available for review in the United States Bankruptcy Court for the District of Utah, Frank E. Moss U.S. Courthouse, 350 South Main St., Room 301, Salt Lake City, UT 84101.

2. A hearing on the Final Report and the applications for compensation and reimbursement of expenses filed by the Trustee and his professionals is set for the 14th day of November, 2006 at 2:30 p.m. in Room 376, Frank E. Moss U.S. Courthouse, 350 South Main St., Salt Lake City, Utah. Pursuant to Local Rule 9006-1(b) objections to the Final Report or the applications for compensation must be filed by November 3, 2006. Copies of any objection should be sent to the United States Trustee, 405 South Main St., Suite 300, Salt Lake City, UT 84111 and to the case trustee at the address below. Absent timely filed objections the Court may approve the Trustee's Final Report and the applications for compensation without a hearing.

| TRUSTEE NAME AND ADDRESS: | | |
|---|---|---|
| JOEL T. MARKER | TOTAL RECEIPTS: | $717,044.23 |
| McKay, Burton & Thurman | TOTAL DISBURSEMENTS: | $0.00 |
| 170 South Main Street, #800 | PAYMENT TO SECURED CREDITORS: | $0.00 |
| Salt Lake City, UT 84101 | REMAINING BALANCE: | $717,044.23 |

APPLICATIONS FOR COMPENSATION AND EXPENSES - CHAPTER 7:

| | PROFESSIONAL'S NAME | TOTAL | PREVIOUSLY PAID | AMOUNT TO DISTRIBUTE |
|---|---|---|---|---|
| Trustee Fees | JOEL T. MARKER | 20,826.50 | 0.00 | 20,826.50 |
| Trustee Expenses | JOEL T. MARKER | 9,922.91 | 0.00 | 9,922.91 |
| Trustee's Attorney Fees | McKAY, BURTON & THURMAN | 29,817.50 | 0.00 | 29,817.50 |
| Trustee's Accountant Fees | PRICEWATERHOUSECOOPERS | 12,592.00 | 0.00 | 12,592.00 |
| Trustee's Accountant Expenses | PRICEWATERHOUSECOOPERS | 633.47 | 0.00 | 633.47 |

**TOTAL CHAPTER 7 ADMINISTRATIVE EXPENSES TO BE DISTRIBUTED:** **$73,792.38**

SUMMARY OF PROPOSED DISTRIBUTION IN ORDER OF PRIORITY:

| | | |
|---|---|---|
| Chapter 7 Administrative Claims (Allowed 73,792.38): | | $73,792.38 |
| Previous Chapter Administrative Claims (None) | | N/A |
| Priority Claims (All PRIORITY CLAIMS (0.00): | | N/A |
| Unsecured Claims (Allowed 114,230,189.74)   Paid 0.56%: | | $643,251.85 |
|     W. Steve Smith | 638,418.26 | |
|     Mark A. Weisbart | 988.82 | |
|     O & F Proinvest AG | 1,352.51 | |
|     Hansen, Barnett & Maxwell | 811.98 | |
|     Internal Revenue Service/Utah | 37.03 | |
|     MB Modus GmbH | 1,643.25 | |

**Filed: 10/12/06**

Except as set forth on exhibit B, C and D of the Final Report no other party in interest or creditor will receive any distribution.

**NOTICE OF TRUSTEE'S INTENTION TO ABANDON/DESTROY RECORDS OF THE ESTATE**

Notice is hereby given that the Trustee has completed his analysis of the Debtor's books and records and proposes to abandon or destroy the books and records upon approval of the Final Report.

Dated: October 12, 2006                                      /S/
                                                            JOEL T. MARKER
                                                            170 South Main Street, #800
                                                            Salt Lake City, UT  84101

# Claims Proposed Distribution

## Case:  04-28075   EUROGAS, INC.

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $717,044.23 | **Total Proposed Payment:** | $717,044.23 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOEL T. MARKER | Admin Ch. 7 | 9,922.91 | 9,922.91 | 0.00 | 9,922.91 | 9,922.91 | 707,121.32 |
|  | JOEL T. MARKER | Admin Ch. 7 | 20,826.50 | 20,826.50 | 0.00 | 20,826.50 | 20,826.50 | 686,294.82 |
|  | McKAY, BURTON & THURMAN | Admin Ch. 7 | 29,817.50 | 29,817.50 | 0.00 | 29,817.50 | 29,817.50 | 656,477.32 |
|  | PRICEWATERHOUSECOOPERS, L.L.P. | Admin Ch. 7 | 633.47 | 633.47 | 0.00 | 633.47 | 633.47 | 655,843.85 |
|  | PRICEWATERHOUSECOOPERS, L.L.P. | Admin Ch. 7 | 12,592.00 | 12,592.00 | 0.00 | 12,592.00 | 12,592.00 | 643,251.85 |
| 1 | W. Steve Smith | Unsecured | 113,371,837.65 | 113,371,837.65 | 0.00 | 113,371,837.65 | 638,418.26 | 4,833.59 |
| 2 | Mark A. Weisbart | Unsecured | 175,594.45 | 175,594.45 | 0.00 | 175,594.45 | 988.82 | 3,844.77 |
| 3 | O & F Proinvest AG | Unsecured | 240,181.00 | 240,181.00 | 0.00 | 240,181.00 | 1,352.51 | 2,492.26 |
| 5 | Hansen, Barnett & Maxwell | Unsecured | 144,192.19 | 144,192.19 | 0.00 | 144,192.19 | 811.98 | 1,680.28 |
| 6 | Internal Revenue Service/Utah | Unsecured | 6,574.57 | 6,574.57 | 0.00 | 6,574.57 | 37.03 | 1,643.25 |
| 8 | MB Modus GmbH | Unsecured | 291,809.88 | 291,809.88 | 0.00 | 291,809.88 | 1,643.25 | 0.00 |
|  | **Total for Case 04-28075 :** |  | 114,303,982.12 | 114,303,982.12 | $0.00 | 114,303,982.12 | $717,044.23 |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $73,792.38 | $73,792.38 | $0.00 | $73,792.38 | 100.000000% |
| **Total Unsecured Claims :** | 114,230,189.74 | 114,230,189.74 | $0.00 | $643,251.85 | 0.563119% |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

075  Doc 143  Filed 10/14/06  Entered 10/15/06 22:38:26  Desc Imaged
Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 1088-2           User: ksh                    Page 1 of 2        Date Rcvd: Oct 12, 2006
Case: 04-28075                 Form ID: pdfmsc              Total Served: 49


The following entities were served by first class mail on Oct 14, 2006.
db           +Eurogas, Inc.,    942 E. 7145 S.,    Suite A-101,    Midvale, UT 84047-1783
aty           Annette W. Jarvis,    Ray Quinney & Nebeker,    36 South State Street, Ste. 1400,    P.O. Box 45385,
               Salt Lake City, UT  84145-0385
aty          +Annette W. Jarvis,    Ray Quinney & Nebeker,    36 South State, Suite 1400,
               Salt Lake City, UT 84111-1451
aty          +Jared Inouye,    Mabey & Murray,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +Jeremy C. Sink,    McKay Burton & Thurman,    170 South Main Street,    Suite 800,
               Salt Lake City, UT 84101-1656
aty          +Joel T. Marker,    McKay Burton & Thurman,    170 South Main Street,    Suite 800,
               Salt Lake City, UT 84101-1656
aty          +Mark A. Weisbart,    Kessler & Collins, P.C.,    5959 Sherry Lane, Suite 222,
               Dallas, TX 75225-6520
aty          +Matthew M. Boley,    Snell & Wilmer,    Gateway Tower West,    15 West South Temple, Suite 1200,
               Salt Lake City, UT 84101-1547
aty          +Penrod W. Keith,    Durham Jones & Pinegar,    111 East Broadway,    Suite 900,
               Salt Lake City, UT 84111-5235
aty          +Robert B. Lochhead,    Parr Waddoups Brown Gee & Loveless,    185 South State Street,    Suite 1300,
               Salt Lake City, UT 84111-1537
aty          +Steven C. Strong,    Ray Quinney & Nebeker P.C.,    36 South State Street,    #1400,
               Salt Lake City, UT 84111-1451
aty          +Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P.O. Box 4050,
               Salt Lake City, UT 84110-4050
tr           +Joel T. Marker tr,    170 South Main Street,    Suite 800,    Salt Lake City, UT 84101-1656
cr            Mark A Weisbart,    Snell & Wilmer,    15 W South Temple,    Suite 1200,
               Salt Lake City, UT 84101-1547
acc          +PricewaterhouseCoopers L.L.P.,    One Utah Center,    201 South Main Street,    Suite 900,
               Salt Lake City, UT 84111-2207
5501163       Andreas Ranft,    AM Tiergarten 85,    48167 Munster,    Germany
5501162       Andrew Andraczke,    Eurogas Polska,    Pol-Tex Methane,    Warsaw Poland
5510003       Andrew Andraczke,    Str. Lektykarska 18,    01-667 Warsaw,    Poland
5559725      +Cass Butler, Esq.,    Callister, Nebeker & McCullough,    10 E. South Temple, Suite 900,
               SLC UT 84133-1115
5509991      +Crotty & Johansen,    2341 Cedar Springs Rd., Suite 250,    Dallas TX 75201-1856
4886866       Dr. Reinhard Rauball,    Wittbracker Waldweg 17A,    Ruhr, Germany
4886865       Dr. Reinhard Rauball,    Olpe 19,    44135 Dortmund, Germany
5509992      +Durham, Jones & Pinegar,    111 E. Broadway, Suite 900,    SLC   UT 84111-5235
4886867       EuroGas, Inc. H Blankenstein & W Rauball,    1006-100 Park Royal South,    West Vancouver, BC,
               Canada, V7T 1 AT
5509990      +Fish & Richardson P.C.,    225 Franklin St.,    Boston MA 02110-2809
5509995       Gary Henry,    5583 Hucleberry Lan,    North Vancouver,    B.C.  Canada  V7R 4N9
5547385      +Gil A. Miller,    PricewaterhouseCoopers,    201 South Main Street, Suite 900,
               Salt Lake City  UT 84111-1475
4886869      +Hank Blandkenstein,    3477 Melody Creek Circle,    Riverton, Ut 84065-2465
4961114       Hank Blankenstein,    EroGas, Inc.,    #1006-100 Park Royal,    Vancouver BC V7T 1A2
5509993       Hansen, Barnett & Maxwell,    5 Triad Center, Suite 750,    SLC  UT 84180-1128
5501158       Herbert Zimmer,    Saierring 32,    50677 Koln,   Germany
5584224      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service/Utah,    Special Procedures,    Mail Stop 5020,
               50 South 200 East,    Salt Lake City, UT 84111-1617)
4961115      +Julie A Bryan,    Cohne Rappaport & Segal,    257 East 200 South #700,    SLC, UT 84111-2071
5509997       KPMG Hungaria Kft.,    Vaci ut 99,    H-1139 Budapest,    Hungary
5509996      +Kesler & Rust,    36 S. State, Suite 2000,    SLC   UT 84111-1405
5509998       MB Modus  GmbH,    Kennedyalle 78,    60596 Frankfurt am Main,    Germany
4885690      +Mark A. Weisbart,    5950 Sherry Lane Ste 222,    Dallas TX 75225-6536
5501157       Michael Freeman,    153 Sevilla Ave.,    PO Box 140668,    Coral Gables FL 33114-0668
5509999       NBC - VanRoemburg & Partners,    Juliansweg 190a,    Postbus 145,    1130 AC Volendam,
               The Netherlands
5510001       O & F Proinvest AG,    Landsgmeindeplatz 10,    6302 Zug, Switzerland
5510000       PR - Newswire Europe Limited,    Ludgare House,    245 Balckfriars Road,    London SE1 9UY,    UK
5559726      +Preston Eichers,    R/A for Hansen, Barnett & Maxwell, P.C.,    5 Triad Center, Suite 750,
               SLC   UT 84180-1128
5501160      +Ralph Mabey,    Mabey Murray LC,    136 S. Main St., Suite 1000,    SLC UT 84101-1685
5543194      +Ralph R. Mabey,    1901 Avenue of the Stars,    Los Angeles, CA 90067-6001
5510002       Sonanini Holdings,    100 Park Royal, Suite 1006,    West Vancouver,    B.C. Canada V7T 1A2
4643972      +W. Steve Smith,    2015 Crocker,    Houston, TX 77006-1303
4886864      +W. Steve Smith,    2015 Crocker Street,    Houston, TX 77006-1303
5501161       Walter Storm,    Prime Logistics,    Emaam Bahn H of 19,    53757 St. Augustine,    Germany
4886868       Wolfgang Rauball,    Slovgold GMBH,    Kartnerring 5-7, Top 3D,    Vienna, Austria

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5501159       David Finlay,    4020 Marine Dr.,    West Vancouver,    Brittish Columbia V7V 1N6
5509994       Hansen Energy Limited,    2 Manor Park,    Turbridge Wells,    Kent,    UT TN4 8XP
```

```
District/off: 1088-2          User: ksh                Page 2 of 2              Date Rcvd: Oct 12, 2006
Case: 04-28075                Form ID: pdfmsc          Total Served: 49
aty*         +Joel T. Marker,   McKay Burton & Thurman,   170 South Main Street,   Suite 800,
              Salt Lake City, UT 84101-1656
aty*         +Joel T. Marker tr,   170 South Main Street,   Suite 800,   Salt Lake City, UT 84101-1656
aty*         +W. Steve Smith,   2015 Crocker Street,   Houston, TX 77006-1303
4961113*     +W. Steve Smith,   2015 Crocker Street,   Houston, TX 77006-1303
                                                                                       TOTALS: 2, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2006**                    **Signature:** _/s/ Joseph Speetjens_